## EXHIBIT A

**(Proposed Order**)

10837281.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GVO PARTNERS LLC, *et al.*,[1] | ) | Case No. 26-10976-KBO |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | Re: D.I. |

**ORDER (I) AUTHORIZING THE DEBTORS TO FILE A**
**CONSOLIDATED (A) CREDITOR MATRIX AND (B) TOP 20 CREDITORS**
**LIST; (II) AUTHORIZING REDACTION OF CERTAIN PERSONAL IDENTIFICATION**
**INFORMATION; AND (III) GRANTING RELATED RELIEF**

Upon the motion  (the "**Motion**")  of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (a) authorizing the Debtors to file (i) the Consolidated Creditor Matrix and (ii) the Consolidated Top 20 Creditors List, (b) authorizing the Debtors to redact certain personal identification information, and (c) granting related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion and the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate

---

[1]     The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185).  The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

10837281.1

notice of the Motion has been given and that no other or further notice is necessary; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing on the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.      The Debtors are authorized to submit the Consolidated Creditor Matrix. The requirements of section 521(a)(1)(A) of the Bankruptcy Code, Bankruptcy Rule 1007(a)(1), and Local Rules 1007-2(a) and 2002-1(f)(v) that separate mailing matrices and lists of creditors be submitted for each Debtor are permanently waived; provided that if any of these Case converts to a case under chapter 7 of the Bankruptcy Code, each applicable Debtor shall file its own mailing matrix and provide same to clerk within five days of conversion.

4.      The Debtors are authorized to file the Consolidated Top 20 Creditors List in lieu of each Debtor filing a list of its 20 largest unsecured creditors; provided that the Debtors shall provide information regarding the largest creditors on an entity-by-entity basis to the U.S. Trustee upon request.

5.      The Debtors are authorized, pursuant to section 107(c)(1) of the Bankruptcy Code, to redact on the Creditor Matrix, the Schedules and Statements, affidavits of service, and any other documents filed with the Court by the Debtors, the home and email addresses of natural persons, including individual creditors and individual equity holders and all personally identifiable information of minors.  The Debtors shall provide an unredacted version of the Consolidated

10837281.1

Creditor Matrix, Schedules and Statements, and any other filings redacted pursuant to this Order to (i) this Court, the U.S. Trustee, and counsel to any statutory committee appointed in these Case, and (ii) any party in interest upon a request to the Debtors (email is sufficient) or to this Court that is reasonably related to these Case, or as otherwise ordered by this Court; provided that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not a party to the request. The Debtors shall inform the U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Order.

6.      Nothing in this Order shall waive or otherwise limit the service of any document upon or the provision of any notice to any individual solely because such individual's personally identifiable information is sealed or redacted pursuant to this Order. Service of all documents and notices upon individuals whose personally identifiable information is sealed or redacted pursuant to this Order shall be confirmed in the corresponding certificate of service. The Debtors shall provide any redacted information to the U.S. Trustee, counsel to any committee appointed in these Case and such other persons as the Debtors deem appropriate or the court may order.

7.      The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

8.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

10837281.1