**EXHIBIT C**

10837309.1

INSURANCE SCHEDULE

| Carrier/Wholesaler | Policy Type |
| --- | --- |
| Security National Insurance Company / AmTrust | Workers Compensation & Employers Liability |
| Technology Insurance Company (AmTrust) | Cyber Liability |
| Hartford Underwriters Insurance Company | Business Owners Policy (GL + EPLI) |
| Hartford Underwriters Insurance Company | Business Owner's Policy (GL, HNOA, Umbrella - per 24/25 expired COI) |
| Hartford Underwriters Insurance Company | Property |
| Kinsale Insurance Company | Property |
| New Hampshire Insurance Company (AIG) | Workers Compensation & Employers Liability (through PEO) |
| Aspen Specialty Insurance Co | Professional Liability (Retro Date: various) |
| Medical Health Alliance Insurance Co. (Captive – Alliance Re of TN) | MedSpa Professional Liability |
| Hartford Underwriters Insurance Company | Business Owner's Policy (GL, HNOA) |
| Scottsdale Insurance Company (via AmWINS) | Property |
| The Travelers Indemnity Company of America | Workers Compensation & Employers Liability |
| Admiral Insurance Company (via AmWINS) | Professional Liability (Retro Date: 3/13/2023) |
| Fidelity and Guaranty Insurance Company | Business Owners Policy  (Property, GL-occurrence) |
| Travelers Indemnity Company | Workers Compensation |
| SG Captive Insurance LLC | Professional Liability |
| Admiral Insurance Company (via AmWINS) | Professional Liability |
| Admiral Insurance Company | Professional Liability |

10837309.1