## <u>EXHIBIT C</u>

**Utility Provider List**

10837420.1

## / GVO SWEETGRASS LLC

| Vendor / Provider | Utility Type | Location of Services | Mailing / Service Address |
|---|---|---|---|
| Airgas | Industrial Gas / Compressed Gas | Summerville / Daniel Island / Nexton, SC | Airgas USA, LLC<br>5580 Dorchester Rd<br>N. Charleston, SC 29418 |
| Berkeley County Water & Sanitation | Water & Sewer | Summerville / Nexton, SC | P.O. Box 580139<br>Charlotte, NC 28258-0139 |
| Berkeley Electric Coop (NEXTON) | Electric | Nexton, SC | Berkeley Electric Cooperative<br>SEDC – P.O. Box 530812<br>Atlanta, GA 30353-0812 |
| Comcast | Internet & Cable | Summerville / Daniel Island / Nexton, SC | Comcast Business<br>P.O. Box 70219<br>Philadelphia, PA 19176 |
| Digium Cloud Service (ACH) | Internet & Phone (VoIP / Cloud PBX) | Summerville / Daniel Island / Nexton, SC | Sangoma Technologies (Digium)<br>3405 W Dr. MLK Jr. Blvd<br>Tampa, FL 33607 |
| Dominion Energy (General) | Electric | Summerville / Daniel Island / Nexton, SC | Dominion Energy SC<br>220 Operation Way<br>Cayce, SC 29033<br>P.O. Box 100255, Columbia, SC 29202 |
| Dominion Energy – DI 1526 | Electric | Daniel Island, SC | Dominion Energy SC<br>220 Operation Way<br>Cayce, SC 29033 |
| Dominion Energy – DI 1601 | Electric | Daniel Island, SC | Dominion Energy SC<br>220 Operation Way<br>Cayce, SC 29033 |
| Dominion Energy – MP 5404 | Electric | Mount Pleasant, SC | Dominion Energy SC<br>220 Operation Way<br>Cayce, SC 29033 |
| Home Telecom | Internet & Phone | Summerville / Daniel Island / Nexton, SC | Home Telecom<br>579 Stony Landing Rd<br>Moncks Corner, SC 29461 |
| Secure Waste, Inc | Waste Disposal | Summerville / Daniel Island / Nexton, SC | Secure Waste, Inc.<br>P.O. Box 457<br>Damascus, MD 20872 |
| Stericycle | Medical Waste Disposal | Summerville / Daniel Island / Nexton, SC | Stericycle, Inc.<br>2355 Waukegan Rd<br>Bannockburn, IL 60015 |

## GVO STILL WATERS, LLC

| Vendor / Provider | Utility Type | Mailing / Service Address |
|---|---|---|
| **Emerald Coast Utilities Auth. (Acct 2)** | Water & Sewer | Emerald Coast Utilities Authority<br>P.O. Box 18870<br>Pensacola, FL 32523-8870 |
| **FPL Northwest (Acct 1)** | Electric | FPL / NextEra Energy<br>P.O. Box 025576<br>Miami, FL 33102-5576 |
| **GoTo Communications, Inc.** | Internet & Phone (VoIP) | GoTo (LogMeIn Inc.)<br>333 Summer St<br>Boston, MA 02210 |
| **Uniti Fiber** | Internet & Phone (Fiber) | Uniti Fiber<br>2101 Riverfront Dr, Ste A<br>Little Rock, AR 72202 |

## URBAN MEDSPA & WEIGHT LOSS CENTER CHARLOTTE, P.C.

| Vendor / Provider | Utility Type | Mailing / Service Address |
| --- | --- | --- |
| Duke Energy (Acct 1) | Electric | Duke Energy<br>P.O. Box 70516<br>Charlotte, NC 28272-0516 |
| Spectrum Enterprise | Internet & Phone | Spectrum Enterprise<br>Box 223085<br>Pittsburgh, PA 15251-2085 |