# EXHIBIT A

11

# GVO Organization Chart

