**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GVO PARTNERS LLC, *et al.*,[1] | ) | Case No. 26-10976 (KBO) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF FILING OF CHAPTER 11 PETITIONS AND RELATED
DOCUMENTS AND (II) AGENDA FOR HEARING TO CONSIDER FIRST
DAY PLEADINGS SCHEDULED FOR JUNE 25, 2026 AT 11:00 A.M. (ET)**

This proceeding will be conducted remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required one-hour prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**PLEASE TAKE NOTICE** that, on June 16, 2026, the above-captioned debtor and affiliates (the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The Debtors have filed a motion requesting that their cases be consolidated for procedural purposes only and administered jointly. The Debtors continue to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The automatic stay of section 362(a) of the Bankruptcy Code is in effect.

---

[1]     The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day motions (collectively, the "**First Day Motions**") is scheduled for Thursday, **June 25, 2026 at 11:00 a.m. (ET)** (the "**First Day Hearing**") before the Honorable Karen B. Owens, United States Chief Bankruptcy Judge for the District of Delaware.   Objections or responses, if any, to the First Day Motions may be made at the First Day Hearing.

## FIRST DAY PLEADINGS

A.   Voluntary Petitions

1.   GVO Partners LLC (Case No. 26-10976-KBO) [Docket No. 1; Filed 6/16/26]

2.   GVO Holdings Group LLC (Case No. 26-10977-KBO) [Docket No. 1; Filed 6/16/26]

3.   GVO Topco LLC (Case No. 26-10978-KBO) [Docket No. 1; Filed 6/16/26]

4.   GVO Sweetgrass, LLC (Case No. 26-10979-KBO) [Docket No. 1; Filed 6/16/26]

5.   GVO Still Waters, LLC (Case No. 26-10980-KBO) [Docket No. 1; Filed 6/16/26]

6.   GVO Urban, LLC (Case No. 26-10981-KBO) [Docket No. 1; Filed 6/16/26]

7.   Urban Medspa & Weight Loss Center Charlotte, P.C. (Case No. 26-10982-KBO) [Docket No. 1; Filed 6/16/26]

B.   Declaration

8.   Declaration of Joseph Sciamanna in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 15; Filed 6/22/26]

C.   First Day Motions and Related Documents

9.   Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases; and (II) Granting Related Relief [Docket No. 3; Filed 6/18/26]

Status:   This matter is going forward.

2

10837783.1

10. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 20 Creditors List; (II) Authorizing Redaction of Certain Personal Identification Information; and (III) Granting Related Relief [Docket No. 7; Filed 6/22/26]

Status:        This matter is going forward.

11. Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Insurance Policies and (B) Pay and Honor All Obligations with Respect Thereto; (II) Authorizing Continuation of Insurance Premium Financing Arrangements; and (III) Granting Related Relief [Docket No. 8; Filed 6/22/26]

12. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Honor and Continue Certain Customer Programs and Customer Obligations in the Ordinary Course of Business and Granting Related Relief [Docket No. 9; Filed 6/22/26]

Status:        This matter will be going forward.

13. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Sales, Use and Other Taxes and Fees; and (II) Granting Related Relief [Docket No. 10; Filed 6/22/26]

Status:        This matter will be going forward.

14. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Wages, Employee Benefits Obligations and Other Compensation, (B) Continuation of Employee Benefits Programs and Payment of Related Administrative Obligations; and (II) Granting Related Relief [Docket No. 11; Filed 6/22/26]

Status:        This matter will be going forward.

15. Debtors' Motion for Entry of Interim and Final Orders (I) (A) Approving the Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Services; and (II) Granting Related Relief [Docket No. 12; Filed 6/22/26]

Status:        This matter is going forward.

16. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany

3

Transactions; and (II) Granting Related Relief [Docket No. 13; Filed 6/22/26]

Status:        This matter will be going forward.

17.    Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors' Use of Cash Collateral; (B) Granting Adequate Protection to the Prepetition Secured Party; (C) Scheduling a Final Hearing; and (D) Granting Related Relief [Docket No. 14 ; Filed 3/27/25]

Status:        This matter will be going forward.

18.    Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Prepetition Amounts to Certain Critical Vendors [Docket No. 16 ; Filed 6/23/26]

Status:        This matter will be going forward.

Copies of the First Day Motions may also be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov.  Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents.  Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856.  Additionally, copies of the First Day Motions and all other papers filed in the Chapter 11 Cases are available by email request to sshidner@raineslaw.com.

**RAINES FELDMAN LITTRELL LLP**

Dated: June 23, 2026              */s/ Thomas J. Francella, Jr.*
                                  Thomas J. Francella, Jr. (No. 3835)
                                  Mark W. Eckard (No. 4542)
                                  824 North Market Street, Suite 805
                                  Wilmington, DE 19801
                                  (302) 772-5803
                                  tfrancella@raineslaw.com
                                  meckard@raineslaw.com

                                  *Proposed Counsel to the Debtors and Debtors in Possession*

4

10837783.1