**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| GVO PARTNERS LLC, | Case No. 26-10976-KBO |
| | (Joint Administration Requested) |
| Debtor. | |
| IN RE: | Chapter 11 |
| GVO HOLDINGS GROUP LLC, | Case No. 26-10977-KBO |
| | (Joint Administration Requested) |
| Debtor. | |
| IN RE: | Chapter 11 |
| GVO TOPCO LLC, | Case No. 26-10978-KBO |
| | (Joint Administration Requested) |
| Debtor. | |
| IN RE: | Chapter 11 |
| GVO SWEETGRASS, LLC, | Case No. 26-10979-KBO |
| | (Joint Administration Requested) |
| Debtor. | |
| IN RE: | Chapter 11 |
| GVO STILL WATERS, LLC, | Case No. 26-10980-KBO |
| | (Joint Administration Requested) |
| Debtor. | |
| IN RE: | Chapter 11 |
| GVO URBAN, LLC, | Case No. 26-10981-KBO |
| | (Joint Administration Requested) |
| Debtor. | |
| IN RE: | Chapter 11 |
| URBAN MEDSPA & WEIGHT LOSS CENTER CHARLOTTE, P.C. | Case No. 26-10982-KBO |
| | (Joint Administration Requested) |
| Debtor. | |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF**
**CHAPTER 11 CASES; AND (II) GRANTING RELATED RELIEF**

1

10832435.1

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.      The Motion is GRANTED as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 26-10976-KBO.

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

3.       The Clerk of the Court shall maintain one (1) file and one (1) docket for all of the Debtors' Chapter 11 cases, which file and docket shall be the file and docket for the Chapter 11 case of debtor GVO Partners LLC, Case No. 26-10976-KBO

4.       The pleadings filed in the Debtors' Chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GVO PARTNERS LLC, *et al.*,[1] | ) | Case No. 26-10976-KBO |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

5.       The foregoing caption satisfies the requirements of the first sentence of section 342(c)(1) of the Bankruptcy Code.

6.       The Clerk of the Court shall make a separate docket entry on each of the dockets of each Debtor other than GVO Partners LLC, substantially similar to the following to reflect the joint administration of the Chapter 11 Cases:

> An order has been entered in this case consolidating this case with the case of GVO Partners LLC, 26-10976-KBO for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  The docket in Case No. 26-10976-KBO should be consulted for all matters affecting this case.

---

[1]      The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) GVO Partners LLC,  (5862); (2) GVO Holdings Group LLC, (8330), (3) GVO Topco LLC, (5638); (4) GVO Urban, LLC (8860); (5) GVO Still Waters, LLC, (5823); (6) GVO Sweetgrass, LLC, (7775); and (7) Urban Medspa & Weight Loss Center Charlotte, PC (7185).  The Debtors' mailing address is: 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

10832435.1

7.      Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor allegedly obligated on each claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.  This Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9.      The terms of and conditions of this Order are immediately effective and enforceable upon its entry.

10.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: June 23rd, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

4

10832435.1