## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| GVO PARTNERS LLC, *et al.*,[1] | : | Case No. 26-10976 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below, hereby appear as counsel for

Firstrust Bank ("Firstrust"), and pursuant to Rules 2002 and 9010 of the Federal Rules of

Bankruptcy Procedure, the undersigned requests that an entry be made on the Clerk's Service List,

in the above captioned case, and that all notices given or required to be given and all notices and

papers served or required to be served, in this case be given to and served upon:

| | |
|---|---|
| **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Leslie B. Spoltore, Esq.<br>123 S. Justison Street<br>Suite 100<br>Wilmington, DE 19801-5364<br>Telephone: (302) 238-6947<br>Facsimile: (302) 665-1092<br>Email: leslie.spoltore@obermayer.com | **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esq. (pro hac vice forthcoming)<br>Michael D. Vagnoni, Esq. (pro hac vice forthcoming)<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>Telephone: (215) 665-3140<br>Facsimile: (215) 665-3165<br>Email: edmond.george@obermayer.com<br>        michael.vagnoni@obermayer.com |

---

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) GVO Partners LLC, (5862); (2) GVO Holdings Group LLC, (8330), (3) GVO Topco LLC, (5638); (4) GVO Urban, LLC (8860); (5) GVO Still Waters, LLC, (5823); (6) GVO Sweetgrass, LLC, (7775); and (7) Urban Medspa & Weight Loss Center Charlotte, PC (7185). The Debtors' mailing address is: 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

4927-9072-6327 v1-6/24/26

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier services, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (a) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estate, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that Firstrust does not intend for this entry of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of Firstrust to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of Firstrust to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Firstrust to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which Firstrust is or may be entitled.

[*Signature contained on following page.*]

Respectfully submitted,

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: */s/ Leslie B. Spoltore*
    Leslie B. Spoltore, Esq. (No. 3605)
    123 S. Justison Street
    Suite 100
    Wilmington, DE 19801-5364
    Telephone: (302) 238-6947
    Facsimile: (302) 665-1092
    Email: leslie.spoltore@obermayer.com

    *Counsel to Firstrust Bank*

Dated: June 24, 2026
Wilmington, Delaware

4927-9072-6327 v1-6/24/26

3