### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| GVO PARTNERS LLC, *et al.*,[1] | : | Case No. 26-10976 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### CERTIFICATE OF SERVICE

I, Leslie B. Spoltore, attorney for Firstrust Bank, hereby certify that on June 24, 2026, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers in the above captioned case was served electronically upon all parties scheduled to receive service via the Court's CM/ECF notification system and via electronic mail upon the parties listed on the attached service list.

*/s/ Leslie B. Spoltore*
Leslie B. Spoltore (No. 3605)

---

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) GVO Partners LLC, (5862); (2) GVO Holdings Group LLC, (8330), (3) GVO Topco LLC, (5638); (4) GVO Urban, LLC (8860); (5) GVO Still Waters, LLC, (5823); (6) GVO Sweetgrass, LLC, (7775); and (7) Urban Medspa & Weight Loss Center Charlotte, PC (7185). The Debtors' mailing address is: 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

4927-9072-6327 v1-6/24/26

## Service List

Mark W. Eckard
Thomas Joseph Francella, Jr.
Raines Feldman Littrell, LLP
824 North Market Street, Suite 805
Wilmington, DE 19801
Email: meckard@raineslaw.com
TFrancella@raineslaw.com
*Counsel to Debtors*

David S. Forsh
Raines Feldman Littrell LLP
1350 Avenue of the Americas
22nd Floor
New York, NY 10019
(917) 790-7109
Email: dforsh@raineslaw.com
*Counsel to Debtors*

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
USTPRegion03.WL.ECF@USDOJ.GOV
*U.S. Trustee*

Joseph James McMahon, Jr.
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: joseph.mcmahon@usdoj.gov
*Counsel to the U.S. Trustee*

4927-9072-6327 v1-6/24/26

2