**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                    Chapter __11__

Case No. __26__-__10976__ (__KBO__)

Debtor: __GVO PARTNERS LLC, et al.__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of __Edmond M. George, Esq._____

to represent __Firstrust Bank_____

in this action.

/s/ Leslie B. Spoltore

| | |
|---|---|
| Firm Name: | Obermayer Rebmann Maxwell & Hippel LLP |
| Address: | 123 S. Justison Street |
| | Suite 100 |
| Phone: | Wilmington, DE 19801-5364 |
| | Telephone: (302) 238-6947 |
| Email: | leslie.spoltore@obermayer.com |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, New Jersey, and Washington, D.C. and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Edmond M. George

| | |
|---|---|
| Firm Name: | Obermayer Rebmann Maxwell & Hippel LLP |
| Address: | Centre Square West |
| | 1500 Market Street, Suite 3400 |
| Phone: | Philadelphia, PA 19102 |
| Email: | Telephone: (215) 665-3140 |
| | edmond.george@obermayer.com |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105