**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| GVO PARTNERS LLC, *et al* | Case No. 26-10976 (KBO) |
| Debtors. | (Joint Administration Requested) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT Michael J. Joyce, Esq. and the law firm of Joyce, LLC enter their appearance on behalf of Joseph Sciamanna in the above-captioned matter and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the addresses listed below.  In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

> Michael J. Joyce (No. 4563)
> **JOYCE, LLC**
> 1225 King Street
> Suite 800
> Wilmington, DE 19801
> Telephone: (302)-388-1944
> mjoyce@mjlawoffices.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or

otherwise.  This Notice of Appearance shall not constitute a submission by Joseph Sciamanna to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited-service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: June 30, 2026
Wilmington, DE

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
Telephone: (302)-388-1944
mjoyce@mjlawoffices.com

*Counsel to Joseph Sciamanna*

2