| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Renee | | Albarano | nrubin@force10partners.com | Force 10 Partners | 1767 Lakewood Ranch Blvd | Suite 327 | Lakewood Ranch | FL | 34211 | 949-529-9008 | Debtors | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Ave. | | White Plains | NY | 10603 | 9.14E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Chris | | Bazela | cbazela@crgfinancial.com | CRG | 84 Herbert Avenue | | Closter | NJ | 07624 | 2.02E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Jordan | | Bloom | jordanbloom1@gmail.com | | 6401 N Bay Road | | Miami Beach | FL | 33141 | 9.15E+09 | | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Mark | W. | Eckard | meckard@raineslaw.com | Raines Feldman Littrell LLp | 824 North Market Street | Suite 805 | Wilmington | DE | 19801 | 3.03E+09 | Debtors | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Jared | | Forbes | jaredjforbes@gmail.com | | 719 East St | | Camden | DE | 19934 | 9.2E+09 | Delaware Bar Requirement | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| David | | Forsh | dforsh@raineslaw.com | Raines Feldman Littrell LLP | 35 Sterling Road | | Harrison | NY | 10528 | 9.18E+09 | Debtors | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Thomas | J. | Francella | Jr. tfrancella@raineslaw.com | Raines Feldman Littrell LLP | 824 North Market Street | Suite 805 | Wilmington | DE | 19808 | 3.03E+09 | Debtorx | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Edmond | M. | George | edmond.george@obermayer.com | Obermayer Rebmann Maxwell & Hippel LLP | Centre Square West | 1500 Market Street, Suite 3400 | Philadelphia | PA | 19102 | 2.16E+09 | FirsTrust Bank | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Edmond | M. | George | edmond.george@obermayer.com | Obermayer Rebmann Maxwell & Hippel LLP | Centre Square West | 1500 Market Street, Suite 3400 | Philadelphia | PA | 19102 | 2.16E+09 | Firstrust Bank | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | | 313-284-7244 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Larry | | Halperin | halperin@chapman.com | | 1270 Avenue of the Americas | | New York | NY | 10020 | 2.13E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Emily | | Lever | emily.lever@law360.com | | 450 park ave S | | New York | NY | 10016 | 2.41E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Ken | | Marblestone | kenm@ten34.com | | 1270 Avenue of the Americas | | New York | NY | 10020 | 2.13E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |

| First | Middle | Last | Email | Firm | Address | Suite | City | State | Zip | Phone | Represents | Case | Company | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joseph | James | McMahon | joseph.mcmahon@usdoj.gov | United States Departme nt of Justice | Office of the United States Trustee | 844 King Street, Suite 2207 | Wilmington | DE | 19801 | 302-573-6491 | Andrew R. Vara, U.S. Trustee for Regions 3 & 9 | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Richard | W. | Riley | rriley@pashmanstein.com | Pashman Stein Walder Hayden P.C. | 824 North Market Street | Suite 800 | Wilmington | DE | 19801 | 302-592-6496 | Pashman Stein Walder Hayden | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Nicholas | | Rubin | nrubin@force10partners.com | Force 10 Partners | 5271 California Ave | Suite 270 | Irvine | NY | 92617 | 9.49E+09 | Debtors | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| LESLIE | B. | SPOLTORE | leslie.spoltore@obermayer.com | Obermaye r Redmann Maxwell & Hippell LLP | 123 S. Justison Street | Suite 100 | Wilmington | DE | 19801 | 302-274-3062 | FirsTrust Bank | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| LESLIE | B. | SPOLTORE | leslie.spoltore@obermayer.com | Obermaye r Redmann Maxwell & Hippell LLP | 123 S. Justison Street | Suite 100 | Wilmington | DE | 19801 | 302-274-3062 | Firstrust Bank | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Joseph | Domenic | Sciamanna | joe@gvo-partners.com | GVO Partners LLC | 83 Seaside Vista Ct | | St Augustine | FL | 32084 | 443-207-0123 | GVO Partners LLC | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Justin | | Stark | justins@ten34.com | | 1270 Avenue of the Americas | | New York | NY | 10020 | 2.13E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Matthew | | Sussman | msussman7@gmail.com | | 777 Arthur Godfrey Rd | | Miami Beach | FL | 33140 | 6.47E+09 | | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Michael | D. | Vagnoni | michael.vagnoni@obermayer.com | Obermaye r Rebmann Maxwell & Hippel LLP | Centre Square West | 1500 Market Street, Suite 3400 | Philadelphia | PA | 19102 | 2.16E+09 | FirsTrust Bank | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Michael | D. | Vagnoni | michael.vagnoni@obermayer.com | Obermaye r Rebmann Maxwell & Hippel LLP | Centre Square West | 1500 Market Street, Suite 3400 | Philadelphia | PA | 19102 | 2.16E+09 | Firstrust Bank | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Alex | | Wittenberg | alex.wittenberg@law360.com | | 111 W. 19th St. | | New York | NY | 10011 | 7.16E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Yuliya | | Zahoroda | yzahoroda@chapman.com | Chapman and Cutler LLP | 1270 Avenue of the Americas | | New York | NY | 10020 | 2.13E+09 | Interested Party | 26-10976-KBO | GVO Partners LLC | Audio Only |