**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN RE:                                                                                          Chapter 11

GVO PARTNERS LLC, *et al.,*                                          Lead Case No. 26-10976 (KBO)

                            Debtors.

---

**STATEMENT THAT UNSECURED CREDITORS**
**COMMITTEE HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the United States Trustee.

(     )   Debtors' petitions/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

( **X** )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(     )   Insufficient response to the United States Trustee communication/contact for service on the committee.

(     )   No unsecured creditor interest.

(     )   Non-operating debtor-in-possession - - No creditor interest.

(     )   Application to convert to Chapter 7 or to dismiss pending.

(     )   Converted or dismissed.

(     )   Other:

                                                              **ANDREW R. VARA**
                                                              **UNITED STATES TRUSTEE**


                                                               /s/ *Joseph J. McMahon, Jr.*
                                                              JOSEPH J. MCMAHON, JR.
                                                              Assistant United States Trustee

DATED: July 8, 2026

cc:  Mark W. Eckard, Esquire (Debtors' proposed counsel)