**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GVO PARTNERS LLC, *et al.*,[1] | ) | Case No. 26-10976 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administrered) |
| | ) | |
| | ) | **Hearing Date: August 14, 2026 at 1:00 p.m.** |
| | ) | **(ET) Objection Deadline: August 4, 2026 at 4:00** |
| | ) | **p.m. (ET)** |

**NOTICE OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING RETENTION AND EMPLOYMENT OF FORCE TEN ADVISORS,
LLC, AS FINANCIAL ADVISOR, EFFECTIVE AS OF THE PETITION DATE; (II)
APPROVING THE ENGAGEMENT AGREEENT; AND
(III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on July 14, 2026 the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Debtors' Application for Entry of an Order Authorizing Retention and Employment of Force Ten Advisors, LLC, as Financial Advisor, Effective as of the Petition Date' (II) Approving the Engagement Agreement; and Granting Related Relief* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  A copy of the Application is attached hereto.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief requested in the Application will be held on **August 14, 2026, at 1:00 p.m. (prevailing Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Chief Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any objection or other response to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **August 4, 2026** at **4:00 p.m. (prevailing Eastern Time)**.

---

[1]     The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185).  The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

**RAINES FELDMAN LITTRELL LLP**

Dated: July 14, 2026

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr. (No. 3835)
Mark W. Eckard (No. 4542)
824 North Market Street, Suite 805
Wilmington, DE 19801
(302) 772-5803
tfrancella@raineslaw.com
meckard@raineslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*