**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GVO PARTNERS LLC, *et al.*,[1] | ) | Case No. 26-10976-KBO |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: D.I. 59** |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER SHORTENING THE
NOTICE PERIOD WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF
ORDER CONVERTING THESE CHAPTER 11 CASES TO CASES UNDER
CHAPTER 7 OF THE BANKUPTCY CODE AND GRANTING RELATED RELIEF**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by their undersigned counsel, hereby move (the "**Motion**"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure for the District of Delaware (the "**Local Rules**"), for entry of an order, substantially in the form attached hereto as **Exhibit A**, shortening the notice period with respect to *Debtors' Motion for Entry of Order Converting These Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and Granting Related Relief* (the "**Motion to Convert**")[2] which is being filed contemporaneously herewith. In support of the Motion, the Debtors represent as follows:

**JURISDICTION, VENUE AND PREDICATES FOR RELIEF**

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for*

---

[1]     The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185).  The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

[2]     Capitalized terms not defined herein have the meanings given to them in the Motion to Convert.

12022924.1

*the District of Delaware*, dated February 29, 2012. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b), and the Debtors confirm their consent pursuant to Local Rule 9013-1(f) to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.  Venue is proper under 28 U.S.C. §§ 1408 and 1409.

3.  The statutory bases for the relief requested herein are sections Bankruptcy Rule 9006(c) and Local Rule 9006-1(e).

## BACKGROUND

4.  On June 16, 2026 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.  No official committee of unsecured creditor or chapter 11 trustee has been appointed in these Cases.

6.  As set forth in the *Declaration of Joseph Sciamanna in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 15] (the "**First Day Declaration**"), the Debtors' business involves managing services and operating a group of medical aesthetics practices. Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the filing of these Cases is set forth in the First Day Declaration.

## RELIEF REQUESTED

7.  The Debtors seek entry of an order, substantially in the form annexed hereto as **Exhibit A**, shortening the notice and objection periods with respect to the Motion to Convert. More specifically, the Debtors request that the Court schedule a hearing on the Motion to Convert

12022924.1

to occur on seven days' notice, with an objection deadline of Noon (ET) on the sixth day after filing the Motion to Convert.  Thus, the deadline for the filing of objections to the Motion to Convert, if any, for **Monday July 20, 2026, at 12:00 p.m. (Noon) (ET)**.

## BASIS FOR THE RELIEF REQUESTED

8. Pursuant to Bankruptcy Rule 2002(a)(4), at least 21 days' notice must be provided for a hearing on a motion to convert a chapter 11 case to one under chapter 7.  Fed. R. Bankr. P. 2002(a)(4) ("a hearing on a motion to dismiss a Chapter 7, 11, or 12 case or to convert it to another chapter").  However, a court may shorten this notice period for cause. Fed. R. Bankr. P. 9006(e).

9. Similarly, Local Rule 9006-1(e) provides that the Court, for cause shown, may in its discretion reduce the notice period normally required.

10. The Motion to Convert was filed and served on July 14, 2026, substantially contemporaneously herewith.  The Debtors submit that cause exists to shorten the notice period as requested herein so that the Motion to Convert may be heard expeditiously.  Given the nature of the relief sought in the Motion to Convert and the reasons underlying the Debtors' conversion of these Cases to chapter 7, shortened notice and expedited relief are appropriate.

## CERTIFICATION PURSUANT TO LOCAL RULE 9006-1(e)

11. By his signature below, undersigned counsel certifies pursuant to Local Rule 9006-1(e) that he communicated with the Office of the United States Trustee concerning the relief sought herein and the U.S. Trustee does not object to the Debtors' request to have the Motion to Convert heard on one week's notice.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order substantially in the form annexed hereto as **Exhibit A** granting the relief requested herein, and grant to the Debtors such other and further relief as the Court may deem proper.

12022924.1

**RAINES FELDMAN LITTRELL LLP**

Dated:  July 14, 2026

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr. (No. 3835)
Mark W. Eckard (No. 4542)
824 North Market Street, Suite 805
Wilmington, DE 19801
(302) 772-5803
tfrancella@raineslaw.com
meckard@raineslaw.com

*Proposed Counsel to the Debtors and Debtors
in Possession*

12022924.1