**EXHIBIT A**

12022924.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GVO PARTNERS LLC, *et al.*,[1] | ) | Case No. 26-10976-KBO |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: D.I. 59** |

**ORDER SHORTENING THE NOTICE PERIOD WITH  RESPECT TO**
**DEBTORS' MOTION FOR ENTRY OF AN ORDER CONVERTING**
**THESE CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF**
**THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF**

Upon consideration of the Debtors' *Motion For Entry of an Order Shortening the Notice Period With Respect to Debtors' Motion for Entry of Order Converting These Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code And Granting Related Relief* (the "**Shorten Time Motion**")[2] filed by GVO Partners LLC and its affiliated debtors and debtors-in-possession, and the other jointly administered debtors herein (each, a "**Debtor**" and collectively, the "**Debtors**"); and the Court having jurisdiction to consider the Shorten Time Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Shorten Time Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Shorten Time Motion having been provided; and the Court having found and determined that the relief sought in the Shorten Time Motion is in the best interests of the Debtors, their estates, and creditors, and all parties in interest pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e); and that the legal and factual bases set forth in the

---

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185).  The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

[2] Capitalized terms not defined herein have the meanings given to them in the Shorten Time Motion.

12022924.1

Shorten Time Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.      The Shorten Time Motion is GRANTED as set forth herein.

2.      A hearing on the Debtors' *Motion for Entry of an Order Converting These Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and Granting Related Relief* [D.I. 59]      (the      "**Motion      to      Convert**")      will      be      held      on _____ at _____ (ET) (the "**Motion to Convert Hearing**").

3.      Any objections to the Motion to Convert shall be filed no later than **Monday, July 20, 2026, at Noon (ET).**

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

12022924.1