# SIGN – IN SHEET

CASE NAME: <u>GVO Partners LLC</u>  COURTROOM: <u>3</u>

CASE NO.: <u>26-10976-KBO</u>  DATE: <u>July 21, 2026 10:00 AM</u>

## PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Eckard | Raines Feldman | Debtors |
| Leslie Spotare | Obermayer | Firstrust |
| Michael Vagnoni | Obermayer | Firstrust |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Ave. | | White Plains | NY | 10603 | 9.14E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Brett | L | Axelrod | BBAxelrod@foxrothschild.com | Fox Rothschild LLP | 1980 Festival Plaza Drive, Suite 700 | | Las Vegas | NV | 89135 | 702-699-5901 | Interested Party | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Karen | C | Bifferato | kbifferato@connollygallagher.com | Connolly Gallagher LLP | 1201 N. Market St. | 20th Floor | Wilmington | DE | 19801 | 3.03E+09 | Chatta Corners Acquisition, LLC | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Larry | | Halperin | halperin@chapman.com | | 1270 Avenue of the Americas | | New York | NY | 10019 | 2.13E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Michael | | Joyce | mjoyce@mjlawoffices.com | Joyce, LLC | 1225 King Street | Suite 800 | Wilmington | DE | 19801 | 3.02E+09 | Joseph Schimiania | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Shanna | | Kaminski | skaminski@kaminskilawpllc.com | c/o Kaminski Law, PLLC | P.O. Box 247 | | Grass Lake | MI | 49240 | (248) 462-7111 | | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Ken | | Marblestone | kenm@ten34.com | | 1270 Avenue of the Americas | | New York | NY | 10020 | 2.13E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Nicholas | | Rubin | nrubin@force10partners.com | Force Ten Advisors, LLC | 5271 California Ave | Suite 270 | Irvine | CA | 92617 | 949-357-2364 | Proposed Financial Advisor to Debtors | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Joseph | | Sciamanna | joe@gvo-partners.com | GVO Partners | 83 Seaside Vista Ct | | St. Augustine | FL | 32084 | 443-207-0123 | GVO Partners | 26-10976-KBO | GVO Partners LLC | Video and Audio |
| Justin | | Stark | justins@ten34.com | | 1270 Avenue of the Americas | | New York | NY | 10020 | 2.13E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Alex | | Wittenberg | alex.wittenberg@law360.com | | 111 W. 19th St. | | New York | NY | 10011 | 7.16E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |
| Yuliya | | Zahoroda | yzahoroda@chapman.com | | 1270 Avenue of the Americas | | New York | NY | 10020 | 2.13E+09 | | 26-10976-KBO | GVO Partners LLC | Audio Only |