**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| GVO PARTNERS LLC, *et al.*,[1] | Case No. 26-10976 (KBO) (Jointly Administered) |
| Debtors. | **Related D.I.: 56, 57, 58, 83, 88** |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing scheduled for August 14, 2026 in the above cases has been rescheduled to **August 18, 2026 at 9:30 a.m. (ET) ,** before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801**.**

Dated: August 4, 2026
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
Email: evan.miller@saul.com

*Proposed Counsel to George L. Miller, Chapter 7 Trustee for the Estate of GVO Partners LLC, et al.*

---

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.