**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GVO PARTNERS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 26-10976 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.: 92** |

**CERTIFICATE OF NO OBJECTION TO APPLICATION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 327(A) & 328 FOR AUTHORITY TO EMPLOY AND RETAIN COREN & RESS, P.C. AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE, EFFECTIVE AS OF JULY 29, 2026**

The undersigned counsel to George L. Miller, the Chapter 7 Trustee (the "**Trustee**") for the estate of the above-captioned debtors (the "**Debtors**") hereby certifies that:

1. On August 5, 2026, the *Application of George L. Miller, Chapter 7 Trustee, for Authority Pursuant to 11 U.S.C. §§ 327(a) & 328 for Authority to Employ and Retain Coren & Ress, P.C. as Special Counsel to Chapter 7 Trustee, Effective as of July 29, 2026* [D.I. 92] (the "**Application**") was filed with the Court.

2. Pursuant to the notice of the Application, objections, if any, to the Application were required to have been filed with the Court and served on the undersigned so as to be received on or before August 19, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330); GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

4. Accordingly, the Application may be granted.

WHEREFORE, the Trustee respectfully requests that an order, substantially in the form attached to the Application, and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: August 20, 2026
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
Email: evan.miller@saul.com

and

Turner N. Falk (*admitted pro hac vice*)
Mariam Khoudari (No. 7516)
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-8415
Email: turner.falk@saul.com
mariam.khoudari@saul.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Estate of GVO Partners LLC, et al.*