**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GVO PARTNERS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 26-10976 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.: 92 & 121** |

**ORDER GRANTING APPLICATION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 327(A) & 328 FOR AUTHORITY TO EMPLOY AND RETAIN COREN & RESS, P.C. AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE, EFFECTIVE AS OF JULY 29, 2026**

Upon consideration of the Application (the "**Application**")[2] of the Trustee for entry of an Order, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, and pursuant to the Coren Declaration submitted in support of the Application; and the Court being satisfied that C&R does not represent or hold any interest adverse to the Trustee, the Debtors, the Estates or any other party in interest regarding the matters for which C&R is to be employed; and the Court having found and determined that the relief sought in the Application is in the best interests of the Estates, its creditors and all other parties in interest and that the legal and factual bases set forth in the Application and the Coren Declaration establish just cause for the relief granted herein; and the Court having determined that notice was adequate under the circumstances and that no further notice is necessary; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing thereof,

**IT IS HEREBY ORDERED THAT:**

---

1 The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

1. The Application is granted as set forth herein.

2. Pursuant to sections 327(a) and 328 of the Bankruptcy Code, the Chapter 7 Trustee is authorized to employ and retain C&R as special counsel in these Cases and upon the terms and conditions set forth in the Application (and the Fee Agreement attached thereto) and the Declaration, effective as of July 29, 2026.

3. C&R's compensation on a contingent fee basis as set forth in the Application is hereby approved pursuant to section 328(a) of the Bankruptcy Code and the terms of compensation set forth in the Fee Agreement are hereby preapproved under 11 U.S.C. § 328(a). With respect to the contingent fee, C&R shall file interim fee applications and a final fee application for compensation and reimbursement of costs and expenses, which shall be analyzed under section 328(a) of the Bankruptcy Code and the Trustee may pay such fees and expenses consistent with an order of this Court approving such applications. Such fee applications shall identify the "Financial Benefit" recovered or obtained by or on behalf of the Trustee and/or the Debtors' Estates and C&R's contingent fee and detail of the expenses incurred for which reimbursement is sought. In the fee applications for contingent fees, C&R shall not be required to submit the type of detailed time records generally required from professionals seeking compensation under section 330 of the Bankruptcy Code and Del. Bankr. L. R. 2016-2(d).

4. This Court retains jurisdiction over all matters arising, from or related to the interpretation or implementation of this Order.

**Dated: August 21st, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**