# EXHIBIT A

Force Ten Advisors Timesheet for the period June 17, 2026 through July 13, 2026

| Date | First Name | Last Name | Task | Notes | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 6/17/2026 | Nicholas | Rubin | Travel Time | Travel from NYC to DE to meet with debtors counsel | 1.9 | $ 462.50 | $ 878.75 |
| 6/17/2026 | Nicholas | Rubin | Case Administration | Meeting in Wilmington, Delaware with Debtors counsel to review and go through operational issues, strategy of restructuring and revisions to first day pleadings | 6.2 | $ 925.00 | $ 5,735.00 |
| 6/17/2026 | Nicholas | Rubin | Travel Time | Travel from Wilmington DE to NYC hotel | 2.2 | $ 462.50 | $ 1,017.50 |
| 6/18/2026 | Nicholas | Rubin | Case Administration | Multiple Telco with J Sciamanna with respect to filings and business operations (0.2;0.2) | 0.4 | $ 925.00 | $ 370.00 |
| 6/18/2026 | Renee | Albarano | Business Operations | Multiple calls with A. Ostrov re cash and operational questions. | 0.3 | $ 795.00 | $ 238.50 |
| 6/19/2026 | Nicholas | Rubin | Consulting | Multiple calls with debtors counsel (0.3; 01;0.2; 0.2; 0.3) | 1.2 | $ 925.00 | $ 1,110.00 |
| 6/19/2026 | Nicholas | Rubin | Consulting | Telcon with counsel and J Sciamanna | 0.3 | $ 925.00 | $ 277.50 |
| 6/19/2026 | Nicholas | Rubin | Consulting | Telcon with T Francella regarding potential claims against former directors and officers | 0.8 | $ 925.00 | $ 740.00 |
| 6/22/2026 | Renee | Albarano | Business Operations | Status update call with counsel, Force 10 and Management. | 0.8 | $ 795.00 | $ 636.00 |
| 6/22/2026 | Nicholas | Rubin | Consulting | Attend call with Potential buyer and counsel for Status update | 0.8 | $ 925.00 | $ 740.00 |
| 6/22/2026 | Nicholas | Rubin | Consulting | Mutiple calls with J Sciamanna re case issues(0.1; 0.1; 0.2) | 0.4 | $ 925.00 | $ 370.00 |
| 6/22/2026 | Nicholas | Rubin | Consulting | Multipe calls with T francella (0.2; 0.1; 0.2) | 0.5 | $ 925.00 | $ 462.50 |
| 6/22/2026 | Nicholas | Rubin | Consulting | Multiple calls with potential buyer(0.2; 0.4) | 0.6 | $ 925.00 | $ 555.00 |
| 6/23/2026 | Nicholas | Rubin | Case Administration | Attend in person meeting with T Francella to review : case strategy 1.1; Dip finance Issues 1.5; prepare for 1st day hearing 1.2; Secured lender :0.5; Sale :0.8; Call with J Sciamanna re 1st days (0.2) | 5.8 | $ 925.00 | $ 5,365.00 |
| 6/24/2026 | Renee | Albarano | Business Operations | Call with D. Forsh. | 0.1 | $ 795.00 | $ 79.50 |
| 6/24/2026 | Renee | Albarano | Cash Collateral / Cash Flow Forecasting | 2 calls with D. Forsh; incorporate edits to DIP forecast and circulate to counsel. | 1.1 | $ 795.00 | $ 874.50 |
| 6/24/2026 | Renee | Albarano | Report Preparation | Review reports requested by bank; incorporate edits and send to Counsel for submission to the bank. | 0.5 | $ 795.00 | $ 397.50 |
| 6/24/2026 | Nicholas | Rafatjoo | Cash Collateral / Cash Flow Forecasting | Review and respond to emails regarding updates to the cash flow forecast. | 0.3 | $ 415.00 | $ 124.50 |
| 6/24/2026 | Nicholas | Rafatjoo | Cash Collateral / Cash Flow Forecasting | Revise and update the cash flow forecast. | 2.2 | $ 415.00 | $ 913.00 |
| 6/24/2026 | Nicholas | Rafatjoo | Cash Collateral / Cash Flow Forecasting | Finalize the draft and send it to R. Albarano for review. | 0.8 | $ 415.00 | $ 332.00 |
| 6/24/2026 | Nicholas | Rafatjoo | Cash Collateral / Cash Flow Forecasting | Telco with N. Rubin and R. Albarano regarding the budget. | 0.2 | $ 415.00 | $ 83.00 |
| 6/24/2026 | Renee | Albarano | Report Preparation | Call with N. Rubin & N. Rafatjoo re DIP budget. | 0.2 | $ 795.00 | $ 159.00 |
| 6/24/2026 | Nicholas | Rubin | Business Operations | Multiple calls with T Francella re 1st days and meeting with lender (0.2;0.3:0.1;0.3) | 0.9 | $ 925.00 | $ 832.50 |
| 6/24/2026 | Nicholas | Rubin | Business Operations | Multiple calls with J Sciamanna (0.2;0.2:0.3;0.1) | 0.8 | $ 925.00 | $ 740.00 |
| 6/25/2026 | Renee | Albarano | Consulting | Review Schimpf Settlement agreement. | 0.2 | $ 795.00 | $ 159.00 |
| 6/25/2026 | Renee | Albarano | Consulting | Create draft email to share with creditors when they inquire on the bankruptcy situation. | 0.2 | $ 795.00 | $ 159.00 |
| 6/25/2026 | Nicholas | Rubin | Business Operations | Multiple calls with J Sciamanna re business operations and case strategy (0.1; 0.1; 0.3) | 0.5 | $ 925.00 | $ 462.50 |
| 6/25/2026 | Nicholas | Rubin | Case Administration | Multiple calls with Debtors counsel re hearing and continuing thereof as well as prep for meeting on 6/26(0.1; 0.2; 0.2; 0.1) | 0.6 | $ 925.00 | $ 555.00 |
| 6/26/2026 | Renee | Albarano | Consulting | Call with GVO's Bank Counsel, Force 10 & Raines Feldman. | 0.5 | $ 795.00 | $ 397.50 |
| 6/26/2026 | Renee | Albarano | Consulting | Call with N. Rubin & M. Eckard. | 0.5 | $ 795.00 | $ 397.50 |
| 6/26/2026 | Nicholas | Rubin | Business Operations | Multiple calls with J Sciamanna(0.1; 0.4) | 0.5 | $ 925.00 | $ 462.50 |
| 6/26/2026 | Nicholas | Rubin | Business Operations | Attend meeting with debtors counsel and Bank counsel | 0.6 | $ 925.00 | $ 555.00 |
| 6/26/2026 | Nicholas | Rubin | Business Operations | follow-up meeting with Renee Albarano and Debtors' counsel | 0.5 | $ 925.00 | $ 462.50 |
| 6/26/2026 | Nicholas | Rubin | Consulting | Multiple calls with Devtors counsel M Ekarf(0.1; 0.3 0.2) T Francella (0.2; 0.4) | 1.2 | $ 925.00 | $ 1,110.00 |
| 6/29/2026 | Renee | Albarano | Report Preparation | Review input for IDI and transfer files to Google Drive. | 0.3 | $ 795.00 | $ 238.50 |
| 6/29/2026 | Renee | Albarano | Consulting | Call with N. Rubin. | 0.4 | $ 795.00 | $ 318.00 |
| 6/29/2026 | Nicholas | Rubin | Consulting | Telco with R. Albarano. | 0.4 | $ 925.00 | $ 370.00 |
| 6/30/2026 | Renee | Albarano | Consulting | Call with N. Rubin | 0.1 | $ 795.00 | $ 79.50 |
| 6/30/2026 | Nicholas | Rubin | Consulting | Telco with R. Albarano. | 0.1 | $ 925.00 | $ 92.50 |
| 6/30/2026 | Renee | Albarano | Attend Hearing/Trial | Attend First Day hearing via Zoom. | 1.1 | $ 795.00 | $ 874.50 |
| 6/30/2026 | Nicholas | Rubin | Consulting | Telco with T Francella re 1st days | 0.2 | $ 925.00 | $ 185.00 |
| 6/30/2026 | Nicholas | Rubin | Consulting | Prepare and review 1st day agenda | 1.1 | $ 925.00 | $ 1,017.50 |
| 6/30/2026 | Nicholas | Rubin | Consulting | attend 1st day hearing | 1.0 | $ 925.00 | $ 925.00 |
| 7/1/2026 | Nicholas | Rubin | Consulting | Review documentation provided for IDI | 1.1 | $ 925.00 | $ 1,017.50 |
| 7/1/2026 | Renee | Albarano | Attend Hearing/Trial | Prep for Initial Debtor's Interview session. | 0.6 | $ 795.00 | $ 477.00 |
| 7/1/2026 | Renee | Albarano | Attend Hearing/Trial | Participate in Initial Debtor's Interview session with UST office. | 0.7 | $ 795.00 | $ 556.50 |
| 7/1/2026 | Nicholas | Rubin | Consulting | Attend IDI | 0.7 | $ 925.00 | $ 647.50 |

Force Ten Advisors Timesheet for the period June 17, 2026 through July 13, 2026

| Date | First Name | Last Name | Task | Notes | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 7/1/2026 | Renee | Albarano | Business Operations | Debrief call with T. Francella & N. Rubin after IDI. | 0.3 | $ 795.00 | $ 238.50 |
| 7/1/2026 | Nicholas | Rubin | Consulting | Telco with counsel and F10 team post IDI | 0.3 | $ 925.00 | $ 277.50 |
| 7/6/2026 | Renee | Albarano | Business Operations | Call with N. Rubin, M. Echard & T. Francella re bank feedback and next steps. | 0.2 | $ 795.00 | $ 159.00 |
| 7/6/2026 | Nicholas | Rafatjoo | Fee & Employment Application | Review and prepare timesheets for both pre- and post-petition periods. | 1.8 | $ 415.00 | $ 747.00 |
| 7/12/2026 | Nicholas | Rubin | Fee & Employment Application | Work through employment application | 2.5 | $ 925.00 | $ 2,312.50 |
| 7/13/2026 | Nicholas | Rubin | Business Operations | Multiple calls with Counsel (0.6; 0.1; 0.1; 0.3) | 1.1 | $ 925.00 | $ 1,017.50 |
| | | | | Total | 48.6 | | $ 39,302.75 |