**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GVO PARTNERS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 26-10976 (KBO)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: September 14, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF FINAL FEE APPLICATION**

**PLEASE TAKE NOTICE** that Force Ten Advisors, LLC has today filed the attached *First and Final Application of Force Ten Advisors, LLC as Financial Advisor for the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses from June 16, 2026, through and including July 21, 2026* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 no later than **September 14, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**") and served upon and received by: (i) counsel to the Chapter 7 Trustee, Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, DE 1901, (Attn: Evan T. Miller); (ii) counsel to Debtors, Raines Feldman Littrell LLP, 824 North Market Street, Suite 805, Wilmington, DE 19801 (Attn: Thomas J. Francella, Jr.); and (iii) the U.S. Trustee, 844 N. King Street, Wilmington, DE 19801 (Attn: Joseph McMahon).

**PLEASE TAKE FURTHER NOTICE** that the Court will consider approval of the Application at a hearing to be scheduled before the Honorable Chief Judge Karen B. Owens,

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 24, 2026

**RAINES FELDMAN LITTRELL LLP**

*/s/ Thomas J. Francella, Jr.*

Thomas J. Francella, Jr. (No. 3835)
824 North Market Street, Suite 805
Wilmington, DE 19801
Telephone: (302) 772-5803
Email: tfrancella@raineslaw.com

*Former Counsel to the Chapter 11 Debtors*