# EXHIBIT A

RAINES

**Raines Feldman Littrell LLP**
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
(310) 440-4100
www.raineslaw.com
Federal Tax ID: 20-4515337

**Invoice Date: 8/24/2026**
**Invoice Number: 152644**

GVO Partners LLC
83 Seaside Vista Blvd
St. Augustine, FL 32084

**9003-002 / GVO Postpetition**

| **Professional Services** | | | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|---|
| 06/17/2026 | DSF | B110 | Emails with S. Shidner, T. Francella re service (0.2); Draft letter to Stripe re bankruptcy filing and automatic stay (0.4) | 0.60 | 950.00 | 570.00 |
| 06/17/2026 | DSF | B110 | Emails with J. Sciamanna re payment processing (0.1); Emails with M. Eckard, T. Francella re case tactical issue (0.2); Email N. Rubin, R. Albarano re Cherry issue (0.4) | 0.70 | 950.00 | 665.00 |
| 06/17/2026 | SXS | B110 | Continued preparation of various service lists | 2.50 | 480.00 | 1,200.00 |
| 06/17/2026 | SXS | B110 | Draft Notice of Petitions and coordinate service of same | 0.90 | 480.00 | 432.00 |
| 06/17/2026 | SXS | B110 | Draft Notice of Suggestion of Bankruptcy and circulate | 0.90 | 480.00 | 432.00 |
| 06/17/2026 | SXS | B110 | Prepare Creditor's matrix for all debtors | 2.00 | 480.00 | 960.00 |
| 06/17/2026 | SXS | B110 | Multiple correspondence exchanges with counsel regarding Notice petitions and service of same | 0.30 | 480.00 | 144.00 |
| 06/17/2026 | TJF | B110 | Review / revise notice of commencement of case | 0.10 | 1,095.00 | 109.50 |
| 06/18/2026 | DSF | B110 | Email Monday Funding (creditor) re automatic stay (0.1); Attention to PHV filing (0.1) | 0.20 | 950.00 | 190.00 |
| 06/18/2026 | DSF | B110 | Emails with J. Sciamanna, others re OneCloud issue (0.2); Call with OneCloud re stay issue (0.1); Draft letter to OneCloud re same (0.5) | 0.80 | 950.00 | 760.00 |
| 06/18/2026 | SXS | B110 | Draft, finalize and file M. Eckard's notice of appearance | 0.30 | 480.00 | 144.00 |
| 06/18/2026 | SXS | B110 | Continued preparation of creditors matrix | 0.90 | 480.00 | 432.00 |
| 06/18/2026 | SXS | B110 | Edit, finalize and file Motion for Joint Administration in all cases | 0.90 | 480.00 | 432.00 |
| 06/18/2026 | SXS | B110 | Prepare list of Top 20 consolidated creditors list for use as service list | 0.50 | 480.00 | 240.00 |
| 06/18/2026 | SXS | B110 | Correspondence with counsel regarding status and manner of filing various documents | 0.10 | 480.00 | 48.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/19/2026 | DSF | B110 | Call with T. Francella re open issues | 0.10 | 950.00 | 95.00 |
| 06/22/2026 | SXS | B110 | Edit, finalize and file Motion regarding consolidated creditor's list | 0.50 | 480.00 | 240.00 |
| 06/22/2026 | SXS | B110 | Finalize and file 1st Day Declaration | 0.30 | 480.00 | 144.00 |
| 06/22/2026 | SXS | B110 | Multiple correspondence with counsel and client regarding 1st day motions and related pleadings | 0.40 | 480.00 | 192.00 |
| 06/23/2026 | DSF | B110 | Review creditor noticing (0.3); Emails with S. Shidner and Raines team re first day hearing (0.2). | 0.50 | 950.00 | 475.00 |
| 06/23/2026 | DSF | B110 | Draft stay letter to Retro Action (0.5). | 0.50 | 950.00 | 475.00 |
| 06/23/2026 | KXC | B110 | Review recent docket entries; download same | 1.50 | 425.00 | 637.50 |
| 06/23/2026 | KXC | B110 | Review, retrieve, compile list of email addresses for service | 2.50 | 425.00 | 1,062.50 |
| 06/23/2026 | SXS | B110 | Prepare and coordinate service of 1st day pleadings | 1.00 | 480.00 | 480.00 |
| 06/23/2026 | SXS | B110 | Draft, finalize and file Notice of 1st Day Motions and Agenda for Hearing | 1.00 | 480.00 | 480.00 |
| 06/23/2026 | SXS | B110 | Serve Agenda and various related documents | 0.90 | 480.00 | 432.00 |
| 06/23/2026 | SXS | B110 | Correspondence with D. Forsh regarding service of petitions | 0.10 | 480.00 | 48.00 |
| 06/23/2026 | SXS | B110 | Multiple correspondence with chambers regarding scheduling of 1st day hearing | 0.20 | 480.00 | 96.00 |
| 06/23/2026 | SXS | B110 | Correspondence with client regarding missing contact information | 0.10 | 480.00 | 48.00 |
| 06/24/2026 | KXC | B110 | Continued review of recent docket entries, first day pleadings, download same | 0.40 | 425.00 | 170.00 |
| 06/24/2026 | SXS | B110 | Prepare, finalize and file Certificate of Service regarding Notice of Petitions | 1.00 | 480.00 | 480.00 |
| 06/24/2026 | SXS | B110 | Prepare, finalize and file Certificate of Service regarding 1st day motions and Agenda for hearing | 0.90 | 480.00 | 432.00 |
| 06/24/2026 | SXS | B110 | Correspondence with client regarding employee service list | 0.10 | 480.00 | 48.00 |
| 06/24/2026 | TJF | B110 | Teleconference with S. Shidner (re: revisions to drafts of interim first day orders) | 0.20 | 1,095.00 | 219.00 |
| 06/24/2026 | TJF | B110 | Teleconference with M. Eckard, Esq. (re: open issues related to first day motions) | 0.20 | 1,095.00 | 219.00 |
| 06/25/2026 | KXC | B110 | Review of recent docket filings; download same | 0.20 | 425.00 | 85.00 |
| 06/25/2026 | SXS | B110 | Compile email contact information for consolidated top 20 creditors | 0.40 | 480.00 | 192.00 |
| 06/25/2026 | SXS | B110 | Prepare 2002 service list | 0.10 | 480.00 | 48.00 |
| 06/25/2026 | SXS | B110 | Draft Certification of Counsel regarding Consolidated Creditors Matrix | 0.40 | 480.00 | 192.00 |
| 06/25/2026 | SXS | B110 | Draft, finalize and file Amended Agenda continuing 1st day hearing | 0.40 | 480.00 | 192.00 |
| 06/25/2026 | SXS | B110 | Draft Certification of Counsel regarding Customer Programs Motion | 0.20 | 480.00 | 96.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/25/2026 | SXS | B110 | Correspondence to counsel regarding UST request for email addresses | 0.10 | 480.00 | 48.00 |
| 06/25/2026 | SXS | B110 | Serve amended agenda (email service) | 0.10 | 480.00 | 48.00 |
| 06/25/2026 | SXS | B110 | Correspondence with chambers regarding amended agenda | 0.10 | 480.00 | 48.00 |
| 06/25/2026 | SXS | B110 | Multiple correspondence with counsel regarding revised 1st day proposed orders | 0.30 | 480.00 | 144.00 |
| 06/26/2026 | SXS | B110 | Draft, finalize and file Certificate of Service regarding Amended Agenda | 0.30 | 480.00 | 144.00 |
| 06/26/2026 | SXS | B110 | Update 2002 email contact list | 0.20 | 480.00 | 96.00 |
| 06/28/2026 | DSF | B110 | Review communications with Firstrust Bank re first days. | 0.20 | 950.00 | 190.00 |
| 06/29/2026 | DSF | B110 | Review new litigation and related stay issues. | 0.30 | 950.00 | 285.00 |
| 06/30/2026 | KXC | B110 | Review filed claims; create tracking sheet re same | 0.40 | 425.00 | 170.00 |
| 06/30/2026 | SXS | B110 | Update calendar dates and deadlines | 0.10 | 480.00 | 48.00 |
| 06/30/2026 | SXS | B110 | Update 2002 service list | 0.10 | 480.00 | 48.00 |
| 06/30/2026 | SXS | B110 | Edit, finalize and file Certification of Counsel regarding Consolidated Creditors Matrix | 0.40 | 480.00 | 192.00 |
| 07/01/2026 | DSF | B110 | Email T. Francella, M. Eckard re open issues. | 0.10 | 950.00 | 95.00 |
| 07/01/2026 | SXS | B110 | Review and retrieve first day interim orders | 0.10 | 480.00 | 48.00 |
| 07/01/2026 | SXS | B110 | Draft Notice of Interim orders and 2nd day hearing | 1.20 | 480.00 | 576.00 |
| 07/01/2026 | SXS | B110 | Correspondence with M. Eckard regarding interim orders | 0.10 | 480.00 | 48.00 |
| 07/01/2026 | TJF | B110 | Teleconference with N. Rubin to prepare for Initial Debtor Interview with the Office of the United States Trustee | 1.10 | 1,095.00 | 1,204.50 |
| 07/01/2026 | TJF | B110 | Teleconference with Force 10 Team regarding additional information requested by the Office of the United States Trustee | 0.30 | 1,095.00 | 328.50 |
| 07/01/2026 | TJF | B110 | Teleconference with E. Poole, Esq. (re: case status) | 0.10 | 1,095.00 | 109.50 |
| 07/02/2026 | SXS | B110 | Edit and finalize Notice of 1st day orders and Notice | 0.30 | 480.00 | 144.00 |
| 07/02/2026 | SXS | B110 | Update 2002 Service list | 0.60 | 480.00 | 288.00 |
| 07/02/2026 | SXS | B110 | Correspondence with counsel regarding interim orders and notice thereof | 0.10 | 480.00 | 48.00 |
| 07/03/2026 | DSF | B110 | Emails with J. Sciamanna, M. Eckard re claims. | 0.20 | 950.00 | 190.00 |
| 07/06/2026 | DSF | B110 | Emails with T. Francella, M. Eckard re pending litigations. | 0.10 | 950.00 | 95.00 |
| 07/06/2026 | SMH | B110 | Correspondence with client, counsel | 0.10 | 1,100.00 | 110.00 |
| 07/06/2026 | SXS | B110 | Update calendar dates and deadlines | 0.10 | 480.00 | 48.00 |
| 07/06/2026 | SXS | B110 | Edit, finalize and file Notice of 1st day orders and final hearing | 0.30 | 480.00 | 144.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/06/2026 | SXS | B110 | Serve Interim and other 1st day interim orders | 1.00 | 480.00 | 480.00 |
| 07/06/2026 | TJF | B110 | Teleconference with counsel for potential patient care ombudsman | 0.10 | 1,095.00 | 109.50 |
| 07/07/2026 | DSF | B110 | Call with T. Francella re case status and next steps. | 0.30 | 950.00 | 285.00 |
| 07/07/2026 | SMH | B110 | Phone calls with counsel and client; correspondence with counsel | 0.90 | 1,100.00 | 990.00 |
| 07/07/2026 | SXS | B110 | Update calendar dates and deadlines | 0.20 | 480.00 | 96.00 |
| 07/07/2026 | SXS | B110 | Draft Motion to Convert | 0.90 | 480.00 | 432.00 |
| 07/08/2026 | SMH | B110 | Phone calls with counsel. | 0.40 | 1,100.00 | 440.00 |
| 07/08/2026 | SXS | B110 | Prepare, finalize and file Certificate of Service regarding Interim order and Notice of Hearing | 1.30 | 480.00 | 624.00 |
| 07/10/2026 | SXS | B110 | Draft, finalize and file Certification of Counsel regarding Omnibus hearing date | 0.30 | 480.00 | 144.00 |
| 07/13/2026 | SMH | B110 | Phone calls with counsel; correspondence with counsel and client; review client correspondence regarding additional adversary claims; outline claims for adversary complaint. | 1.80 | 1,100.00 | 1,980.00 |
| 07/14/2026 | KXC | B110 | Emails to, from ME re: motion to convert; motion to shorten notice and path forward re: same | 0.20 | 425.00 | 85.00 |
| 07/14/2026 | KXC | B110 | Draft motion to shorten time re motion to convert | 0.30 | 425.00 | 127.50 |
| 07/14/2026 | KXC | B110 | Further emails to/from TJF, ME re motion to shorten, motion to convert | 0.10 | 425.00 | 42.50 |
| 07/14/2026 | KXC | B110 | Prepare motion to convert for efiling; efile same | 0.20 | 425.00 | 85.00 |
| 07/14/2026 | KXC | B110 | Prepare motion to shorten notice for efiling; efile same | 0.20 | 425.00 | 85.00 |
| 07/14/2026 | KXC | B110 | Coordinate service of motion to shorten, motion to convert | 0.10 | 425.00 | 42.50 |
| 07/14/2026 | SMH | B110 | Correspondence with counsel and client; phone calls with counsel; draft and edit adversary complaint. | 3.20 | 1,100.00 | 3,520.00 |
| 07/15/2026 | KXC | B110 | Emails to, from Court re motions to shorten, convert, hearing and objection dates confirmed, uploading proposed order | 0.20 | 425.00 | 85.00 |
| 07/15/2026 | KXC | B110 | Upload proposed order re motion to convert with shortened notice and review court's signed order re: same | 0.10 | 425.00 | 42.50 |
| 07/15/2026 | KXC | B110 | Revise notice of hearing re motion to convert; prepare same for efiling; efile same | 0.30 | 425.00 | 127.50 |
| 07/15/2026 | KXC | B110 | Emails with TJF, ME re: status of motion to convert/ shorten/ order and notice re: same; correspondence with ME re service | 0.10 | 425.00 | 42.50 |
| 07/15/2026 | KXC | B110 | Coordinate service of motions to convert, shorten, notice and order through outside vendor | 0.20 | 425.00 | 85.00 |
| 07/15/2026 | SMH | B110 | Edit Complaint; correspondence with counsel and client | 2.80 | 1,100.00 | 3,080.00 |
| 07/16/2026 | KXC | B110 | Further emails re service of motion to convert, motion to shorten, notice, order with TJF, ME and outside vendor | 0.10 | 425.00 | 42.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/16/2026 | KXC | B110 | Emails, calls from certain service parties re service of motion to convert, motion to shorten, notice, order; emails to, from TJF, ME re: same | 0.20 | 425.00 | 85.00 |
| 07/17/2026 | KXC | B110 | Emails, correspondence with TJF, ME re: draft agenda; revisions to same | 0.30 | 425.00 | 127.50 |
| 07/17/2026 | KXC | B110 | Prepare agenda for efiling; efile and coordinate service of same | 0.30 | 425.00 | 127.50 |
| 07/17/2026 | KXC | B110 | Prepare and email electronic agenda binder to court | 0.10 | 425.00 | 42.50 |
| 07/17/2026 | KXC | B110 | Call from, email from ME re: motion for appointment of chpt. 11 trustee, download filing with exhibits, email to TJF ME, N. Rubin re: same | 0.30 | 425.00 | 127.50 |
| 07/18/2026 | SMH | B110 | Correspondence with counsel regarding scheduling issues | 0.20 | 1,100.00 | 220.00 |
| 07/19/2026 | SMH | B110 | Correspondence with client, counsel | 0.30 | 1,100.00 | 330.00 |
| 07/20/2026 | DSF | B110 | Emails with J. Sciamanna, M. Eckard, T. Francella re Cherry holds; Review Firstrust opposition to conversion. | 0.50 | 950.00 | 475.00 |
| 07/20/2026 | KXC | B110 | Draft certificate of service of motion to convert, motion to shorten, notice and order; email to TJF, ME re: same | 0.30 | 425.00 | 127.50 |
| 07/20/2026 | KXC | B110 | Emails from, to J. Sciamanna,TJF, ME re remote appearance at hearing on 7/21; emails to, from Court and register with Court re: same | 0.10 | 425.00 | 42.50 |
| 07/20/2026 | KXC | B110 | Emails from, to ME, N. Rubin re: remote appearance at 7/21 hearing; email to and from court; register with the Court re: same | 0.10 | 425.00 | 42.50 |
| 07/20/2026 | KXC | B110 | Review, download recent court filings | 0.10 | 425.00 | 42.50 |
| 07/20/2026 | KXC | B110 | Emails from, to ME, TJF, S. Shidner re cos re motions to convert, shorten, order and notice re same; prepare same for efiling, efile and follow up with ME, TJF, S. Shidner re: status | 0.20 | 425.00 | 85.00 |
| 07/20/2026 | SXS | B110 | Retrieve filed pleadings and update calendar dates and deadlines | 0.20 | 480.00 | 96.00 |
| 07/20/2026 | SXS | B110 | Draft Amended Agenda | 0.40 | 480.00 | 192.00 |
| 07/20/2026 | SXS | B110 | Edit, finalize and file Amended Agenda | 0.30 | 480.00 | 144.00 |
| 07/21/2026 | SXS | B110 | Update service list | 0.60 | 480.00 | 288.00 |
| 07/21/2026 | SXS | B110 | Edit proposed form of conversion order and prepare redline | 0.50 | 480.00 | 240.00 |
| 07/21/2026 | SXS | B110 | Draft, finalize and file Certification of Counsel regarding conversion order | 0.80 | 480.00 | 384.00 |
| | **Sub-total:** | **B110** | **Case Administration** | | | **35,266.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/19/2026 | TJF | B120 | Research of facts underlying claims Debtors' may possess against former directors and officers for damages caused by their actions both while they were with the company and after they left | 3.20 | 1,095.00 | 3,504.00 |
| | **Sub-total:** | **B120** | **Asset Analysis and Recovery** | | | **3,504.00** |
| 06/24/2026 | TJF | B130 | Teleconference with J. Stark (re: interest in purchasing GVO's assets) | 0.30 | 1,095.00 | 328.50 |
| | **Sub-total:** | **B130** | **Asset Disposition** | | | **328.50** |
| 06/22/2026 | SXS | B150 | Correspondence to J. Bloom regarding service of Petitions | 0.10 | 480.00 | 48.00 |
| 06/22/2026 | SXS | B150 | Correspondence with Crown Health regarding filing proofs of claim | 0.10 | 480.00 | 48.00 |
| 06/24/2026 | SXS | B150 | Telephone call to/from Puramint regarding Chapter 11 filing | 0.20 | 480.00 | 96.00 |
| 06/24/2026 | SXS | B150 | Telephone call to/from Escambia County regarding Chapter 11 filing | 0.20 | 480.00 | 96.00 |
| 07/06/2026 | TJF | B150 | Teleconference with M. Joyce, Esq. (re: MCA Issues) | 0.20 | 1,095.00 | 219.00 |
| | **Sub-total:** | **B150** | **Meetings and Communications w/ Creditors** | | | **507.00** |
| 06/18/2026 | SXS | B170 | Draft, finalize and file D. Forsh motion for admission pro hac | 0.50 | 480.00 | 240.00 |
| 06/22/2026 | SXS | B170 | Correspondence with counsel and court regarding D. Forsh pro hac proposed order | 0.10 | 480.00 | 48.00 |
| 06/22/2026 | SXS | B170 | Retrieve and circulate D. Forsh pro hac order | 0.10 | 480.00 | 48.00 |
| 07/07/2026 | SXS | B170 | Edit Raines Retention Application | 0.50 | 480.00 | 240.00 |
| 07/10/2026 | SXS | B170 | Draft Force 10 retention application | 2.30 | 480.00 | 1,104.00 |
| 07/10/2026 | SXS | B170 | Edit Raines retention application | 0.70 | 480.00 | 336.00 |
| 07/10/2026 | SXS | B170 | Draft Ordinary Course Motion | 0.50 | 480.00 | 240.00 |
| 07/13/2026 | KXC | B170 | Emails to/ from TJF re Ordinary Course Motion | 0.10 | 425.00 | 42.50 |
| 07/13/2026 | KXC | B170 | Prepare Motion re Ordinary Course Professionals for efiling; service of same | 0.40 | 425.00 | 170.00 |
| 07/13/2026 | KXC | B170 | Emails to/ from RFL accounting, TJF re information related to RFL employment application | 0.10 | 425.00 | 42.50 |
| 07/13/2026 | KXC | B170 | Revisions re Force Ten employment application; draft cos and notice of same | 0.50 | 425.00 | 212.50 |
| 07/13/2026 | KXC | B170 | Emails to/ from TJF re Force Ten employment application | 0.20 | 425.00 | 85.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/13/2026 | KXC | B170 | Emails to/ from TJF; discussion with TJF re revisions to RFL employment application | 0.20 | 425.00 | 85.00 |
| 07/13/2026 | KXC | B170 | Revisions to RFL employment application | 0.50 | 425.00 | 212.50 |
| 07/13/2026 | TJF | B170 | Teleconference with M. Eckard (re: Adversary Complaint and Employment Motions) | 0.30 | 1,095.00 | 328.50 |
| 07/13/2026 | TJF | B170 | Teleconference with J. Burrill (re: retention motions and case status) | 0.20 | 1,095.00 | 219.00 |
| 07/14/2026 | KXC | B170 | Further revisions to Force Ten Partners employment application; prepare same for efiling; efile and service of same | 0.50 | 425.00 | 212.50 |
| 07/14/2026 | KXC | B170 | Further edits to RFL employment application; prepare same for efiling; efile and service of same | 0.50 | 425.00 | 212.50 |
| | **Sub-total:** | **B170** | **Employment Applications/Objections** | | | **4,078.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/17/2026 | MWE | B190 | Voluminous teleconferences and emails with client representatives and case professionals to formulate overall case strategy in advance of the anticipated petition date (1.4); analyze potential debtor-in-possession financing structures and lender terms (1.6); evaluate cash collateral usage requirements and anticipated objections from the secured lender (1.3); address time-sensitive operational issues affecting the Debtors' ongoing business operations during the pre-filing period, including vendor and payment processing matters (1.2). | 5.50 | 840.00 | 4,620.00 |
| 06/18/2026 | MWE | B190 | Teleconferences and emails with: (i) the Debtors' financial advisor; (ii) secured lender's counsel; and (iii) the Office of the United States Trustee to negotiate the substantive terms of the first day motions (1.9); address counterparty comments and requested revisions to proposed first day relief (1.2); coordinate logistics and scheduling for the upcoming first day hearing with various parties in interest (0.8). | 3.90 | 840.00 | 3,276.00 |
| 06/19/2026 | MWE | B190 | Teleconferences and emails with: (i) J. Sciamanna; (ii) Firstrust's counsel; and (iii) and N. Rubin concerning the terms and scope of proposed cash collateral usage (1.8); assess and discuss the status of marketing and sale efforts for the Debtors' assets (1.5); evaluate potential debtor-in-possession financing alternatives and their interplay with Firstrust's asserted liens (1.3); formulate strategy regarding potential adversary proceedings against the secured lender, including analysis of possible causes of action and procedural considerations (1.9). | 6.50 | 840.00 | 5,460.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/22/2026 | MWE | B190 | Draft and revise cash collateral and cash management motions (2.4); draft and revise critical vendors and customer programs motions (1.8); draft and revise employee wages, insurance, tax, and utilities motions (2.1); incorporate comments from client representatives and financial advisors (1.9); negotiate the substantive terms of proposed first day orders with counsel for the secured lender and other affected parties in interest (1.8). | 10.00 | 840.00 | 8,400.00 |
| 06/23/2026 | MWE | B190 | Prepare for the first day hearing, including reviewing and finalizing hearing outlines and anticipated argument on contested first day relief (1.5); teleconferences and email correspondence with: (i) client representatives; (ii) financial advisors; (iii) and corporate counsel regarding hearing logistics and strategy (1.8); prepare for and negotiate with counsel to Firstrust Bank regarding interim cash collateral usage, adequate protection, and related issues in advance of the first day hearing (1.2). | 4.50 | 840.00 | 3,780.00 |
| 06/24/2026 | SXS | B190 | Circulate pleadings to multiple parties for 1st day hearing | 0.10 | 480.00 | 48.00 |
| 06/24/2026 | TJF | B190 | Correspondence with UST (re: first day hearing information) | 0.10 | 1,095.00 | 109.50 |
| 06/25/2026 | SXS | B190 | Register multiple parties for Zoom appearance at 1st day hearing | 0.50 | 480.00 | 240.00 |
| 06/25/2026 | TJF | B190 | Continue assisting with preparations for first day hearing | 3.30 | 1,095.00 | 3,613.50 |
| 06/26/2026 | MWE | B190 | Teleconferences with the Debtors' financial advisor and client representatives regarding ongoing cash collateral negotiations with Firstrust Bank and alternative financing options (1.3); debrief on the outcome of the first day hearing and plan next steps (0.7); discuss with client the proposed engagement of a chief restructuring officer (0.9); outline overall case strategy going forward (0.6). | 3.50 | 840.00 | 2,940.00 |
| 06/29/2026 | MWE | B190 | Prepare for the continued first day hearing, including reviewing revised first day pleadings and proposed interim orders (2.0); teleconferences and email correspondence with: (i) client representatives; Force 10 Advisors; and (iii) secured lender's counsel regarding the status of cash collateral negotiations and open financing issues (2.5); address time-sensitive operational matters affecting the Debtors' business (1.5); further revise first day interim orders to ensure consistency with negotiated terms (1.0); continue refining case strategy in light of operational developments (1.0). | 8.00 | 840.00 | 6,720.00 |
| 06/29/2026 | SXS | B190 | Correspondence with Chambers regarding Zoom hearing registration | 0.10 | 480.00 | 48.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/30/2026 | MWE | B190 | Finish preparing for and attend the first day hearing before the Bankruptcy Court, including presenting and responding to questions on the Debtors' first day motions (4,0); teleconferences and email correspondence before and after the first day hearing with: (i) client representatives: (ii) the Debtors' financial advisor; and (iii) Firstrust Bank's counsel regarding the terms of the interim cash collateral order as modified at the hearing (3.2); revise and finalize the first day interim orders incorporating the Court's rulings and negotiated revisions for submission to chambers (2.8). | 10.00 | 840.00 | 8,400.00 |
| 06/30/2026 | TJF | B190 | Prepare for continued first day hearing | 1.70 | 1,095.00 | 1,861.50 |
| 06/30/2026 | TJF | B190 | Teleconference with N. Rubin (re: first day hearing preparations) | 0.10 | 1,095.00 | 109.50 |
| 06/30/2026 | TJF | B190 | Attend First Day Hearing | 1.50 | 1,095.00 | 1,642.50 |
| 07/01/2026 | TJF | B190 | Teleconference with M. Eckard (re: revisions to drafts of first day orders) | 0.20 | 1,095.00 | 219.00 |
| 07/20/2026 | SMH | B190 | Receive and review objection to motion to convert; correspondence with counsel and client | 0.30 | 1,100.00 | 330.00 |
| 07/20/2026 | SXS | B190 | Edit, finalize and file Response to Motion to Shorten | 0.30 | 480.00 | 144.00 |
| | **Sub-total:** | **B190** | **Other Contested Matters/ Omnibus Hearing** | | | **51,961.50** |
| 06/24/2026 | TJF | B195 | Travel to Wilmington, Delaware to assist with preparations for first day hearing (billed at 50% of actual time) | 2.40 | 1,095.00 | 2,628.00 |
| 06/26/2026 | TJF | B195 | Travel from Wilmington, Delaware to Boca Raton, Florida after preparations for first day hearing (6.2 hours billed at 50% of actual time) | 3.10 | 1,095.00 | 3,394.50 |
| | **Sub-total:** | **B195** | **Non-working travel** | | | **6,022.50** |
| 06/19/2026 | TJF | B200 | Teleconference with N. Rubin of Force 10 Partners regarding potential claims the Debtors' may have against former directors and officers | 0.80 | 1,095.00 | 876.00 |
| 07/13/2026 | TJF | B200 | Teleconference with S. Hare (re: draft adversary complaint) | 0.20 | 1,095.00 | 219.00 |
| 07/13/2026 | TJF | B200 | Research causes of action available against a secured lender who in interfering with a chapter 11 Debtors operations and attempting to sell the Debtors assets without the Debtors' consent | 3.30 | 1,095.00 | 3,613.50 |
| 07/15/2026 | TJF | B200 | Further research of potential causes of action available against a secured lender who in interfering with a chapter 11 Debtors operations and attempting to sell the Debtors assets without the Debtors' consent | 2.90 | 1,095.00 | 3,175.50 |
| | **Sub-total:** | **B200** | **Adversary Actions** | | | **7,884.00** |
| 06/17/2026 | SXS | B205 | Finalize and file Notice of Suggestion of Bankruptcy in Chancery Court matter | 0.30 | 480.00 | 144.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/18/2026 | MWE | B205 | Teleconferences and emails with litigation counsel handling pending matters involving the Debtors to coordinate filing of notices of bankruptcy and the resulting automatic stay (0.5); draft form of notice of bankruptcy filing for use across the Debtors' pending litigation matters (0.6); review and revise the notice for accuracy of case caption, case number, and stay language before circulation for filing (0.4). | 1.50 | 840.00 | 1,260.00 |
| | **Sub-total:** | **B205** | **State Court Matters** | | | **1,404.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/17/2026 | TJF | B210 | Meet with Nicholas Rubin of Force 10 Partners in Wilmington, Delaware to review operational issues; discuss strategy of restructuring and further revisions to first day pleadings | 6.70 | 1,095.00 | 7,336.50 |
| 06/22/2026 | SXS | B210 | Edit, finalize and file Insurance Premium Motion | 0.70 | 480.00 | 336.00 |
| 06/22/2026 | SXS | B210 | Edit, finalize and file Cash Management Motion | 0.90 | 480.00 | 432.00 |
| 06/22/2026 | SXS | B210 | Edit, finalize and file Utilities Motion | 0.80 | 480.00 | 384.00 |
| 06/22/2026 | SXS | B210 | Edit, finalize and file Customer Programs Motion | 0.90 | 480.00 | 432.00 |
| 06/23/2026 | SXS | B210 | Finalize and file Critical Vendors motion | 0.50 | 480.00 | 240.00 |
| 06/24/2026 | TJF | B210 | Teleconference with N. Rubin of Force 10 Partners (re: operational issues) | 0.20 | 1,095.00 | 219.00 |
| 06/24/2026 | TJF | B210 | Teleconference with J. Sciamanna (re: operational issues) | 0.30 | 1,095.00 | 328.50 |
| 06/25/2026 | SXS | B210 | Draft Certification of Counsel regarding Insurance Program Motion | 0.10 | 480.00 | 48.00 |
| 06/25/2026 | SXS | B210 | Draft Certification of Counsel regarding Tax Motion | 0.10 | 480.00 | 48.00 |
| 06/25/2026 | SXS | B210 | Draft Certification of Counsel regarding Utility Motion | 0.10 | 480.00 | 48.00 |
| 06/25/2026 | SXS | B210 | Draft Certification of Counsel regarding Critical Vendors Motion | 0.10 | 480.00 | 48.00 |
| 06/30/2026 | SXS | B210 | Edit, finalize and file Certification of Counsel regarding Insurance Programs Motion | 0.40 | 480.00 | 192.00 |
| 06/30/2026 | SXS | B210 | Edit, finalize and file Certification of Counsel regarding Customer Programs Motion | 0.40 | 480.00 | 192.00 |
| 06/30/2026 | SXS | B210 | Edit, finalize and file Certification of Counsel regarding Tax Motion | 0.40 | 480.00 | 192.00 |
| 06/30/2026 | SXS | B210 | Edit, finalize and file Certification of Counsel regarding Utility Motion | 0.40 | 480.00 | 192.00 |
| 06/30/2026 | SXS | B210 | Draft, finalize and file Certification of Counsel regarding Cash Management | 0.60 | 480.00 | 288.00 |
| 07/01/2026 | SXS | B210 | Correspondence to M. Eckard regarding Critical Vendors motion | 0.10 | 480.00 | 48.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/02/2026 | SXS | B210 | Correspondence from Nationwide Insurance regarding policy number | 0.10 | 480.00 | 48.00 |
| 07/07/2026 | TJF | B210 | Numerous calls (x4) with client to discuss operational and financial issues | 0.60 | 1,095.00 | 657.00 |
| | **Sub-total:** | **B210** | **Business Operations** | | | **11,709.00** |
| 06/22/2026 | SXS | B220 | Edit, finalize and file Employee Wages motion | 0.80 | 480.00 | 384.00 |
| 06/25/2026 | DSF | B220 | Communicate with Firstrust, J. Sciamanna re employee wages (0.3); Emails with M. Eckard re employee issues (0.3); Communicate with J. Sciamanna, A. Ostrov, M. Eckard re payroll issues (0.5). | 1.10 | 950.00 | 1,045.00 |
| 06/25/2026 | SXS | B220 | Draft Certification of Counsel regarding Employee Wage Motion | 0.10 | 480.00 | 48.00 |
| 07/01/2026 | SXS | B220 | Draft Certification of Counsel regarding Employee Wages, finalize and file | 0.40 | 480.00 | 192.00 |
| | **Sub-total:** | **B220** | **Employee Benefits/Pensions** | | | **1,669.00** |
| 06/18/2026 | DSF | B230 | Emails with T. Francella, J. Sciamanna re bank accounts (0.2) | 0.20 | 950.00 | 190.00 |
| 06/22/2026 | DSF | B230 | Review and revise supporting declaration for interim relief (4.3); Multiple calls and emails with M. Eckard re first day motions (1.0); Emails with M. Eckard, J. Sciamanna re first day declaration (0.3); Review and revise draft cash collateral motion and exhibits (0.8). | 6.40 | 950.00 | 6,080.00 |
| 06/22/2026 | SXS | B230 | Edit, finalize and file Cash Collateral Motion | 0.70 | 480.00 | 336.00 |
| 06/23/2026 | DSF | B230 | Review lien search results (0.5); Calls and emails with M. Eckard re open issues (0.4); Review draft first day motions (1.5); Emails with J. Sciamanna re open issues (0.5); Prepare for first day hearings (1.2). | 4.10 | 950.00 | 3,895.00 |
| 06/24/2026 | DSF | B230 | Emails with T. Francella, M. Eckard re first day relief (0.3); Call with T. Francella re open issues (0.1); Calls with M. Eckard re interim relief (0.5); Call with Firstrust legal team and M. Eckard re first day relief (0.6); Email J. Sciamanna, N. Rubin, R. Albarano, T. Francella, M. Eckard re Firstrust issues and next steps (0.2); Multiple calls and emails with team re cash collateral budget updates and supporting documentation (1.0); Analyze and comment on critical vendor needs (0.6); Communicate with J. Sciamanna, A. Ostrov re cash needs (0.3); Call with N. Rubin re open issues (0.1); Emails with M. Vagnoni, Firstrust team re cash collateral budget (0.5); Emails with J. Sciamanna, M. Vagnoni re employee wages issues (0.5); Emails with M. Eckard re vendor issues (0.2); Prepare for first day hearing (2.2); Conference with J. Sciamanna, M. Eckard re first day hearing (1.0). | 8.10 | 950.00 | 7,695.00 |
| 06/24/2026 | TJF | B230 | Teleconference with Potential DIP Financing Lender | 0.20 | 1,095.00 | 219.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/25/2026 | DSF | B230 | Prepare for first day hearing (1.8); Multiple calls with M. Eckard re first day hearing (0.5); Call with J. Sciamanna, M. Eckard re same (0.2); Attention to open issues (0.2); Email BoA counsel re bank accounts (0.3); Emails with T. Francella, J. Hitchings (BOA) re bank accounts (0.5). | 3.20 | 950.00 | 3,040.00 |
| 06/29/2026 | DSF | B230 | Calls with M. Eckard re open issues (0.2); Review and comment on Firstrust comments to cash collateral (0.5); Prepare for contested cash collateral hearing (1.2). | 1.90 | 950.00 | 1,805.00 |
| 06/30/2026 | DSF | B230 | Emails with UCC search agent (0.1); Review cash collateral and open Firstrust issues (0.7); Calls with M. Eckard re open issues (0.2); Prepare for arguments re cash collateral (1.0); Attend first day hearing (1.5); Call with M. Eckard re next steps (0.1). | 3.60 | 950.00 | 3,420.00 |
| 06/30/2026 | TJF | B230 | Teleconferences (x2) with M. Eckard (re: Cash Collateral Issues) | 0.20 | 1,095.00 | 219.00 |
| 07/06/2026 | TJF | B230 | Teleconference with M. Eckard (re: open issues regarding DIP Options) | 0.20 | 1,095.00 | 219.00 |
| 07/07/2026 | TJF | B230 | Legal research regarding potential avenues to force secured to consent to the Debtors' obtaining DIP Financing from a third party | 6.40 | 1,095.00 | 7,008.00 |
| 07/08/2026 | TJF | B230 | Teleconference with client to discuss potential options related to financing issues | 0.70 | 1,095.00 | 766.50 |
| 07/09/2026 | TJF | B230 | Further research related to potential avenues the Debtors may have to obtain financing even though their current secured lender will not consent to the Debtors' obtaining DIP Financing or agree to provide it themselves | 4.70 | 1,095.00 | 5,146.50 |
| 07/13/2026 | TJF | B230 | Conference with N. Rubin, M. Eckard and E. Poole to discuss potential DIP Funding Options | 0.40 | 1,095.00 | 438.00 |
| | **Sub-total:** | **B230** | **Financing / Cash Collateral** | | | **40,477.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/22/2026 | SXS | B235 | Edit, finalize and file Tax Motion | 1.00 | 480.00 | 480.00 |
| 06/30/2026 | SXS | B235 | Finalize and file Certification of Counsel regarding Cash Collateral Motion | 0.40 | 480.00 | 192.00 |
| 07/01/2026 | SXS | B235 | Edit proposed Interim Cash Collateral order, upload to Chambers | 0.60 | 480.00 | 288.00 |
| 07/01/2026 | SXS | B235 | Draft motion to extend time to file schedules/SOFA | 0.70 | 480.00 | 336.00 |
| 07/01/2026 | SXS | B235 | Correspondence to M. Eckard regarding Motion to Extend Deadline to file Schedules/SOFA | 0.10 | 480.00 | 48.00 |
| 07/01/2026 | TJF | B235 | Attend Initial Debtor Interview with the Office of the United States Trustee | 0.70 | 1,095.00 | 766.50 |
| 07/01/2026 | TJF | B235 | Teleconference with M. Eckard (re: schedules and SOFAS) | 0.20 | 1,095.00 | 219.00 |
| | **Sub-total:** | **B235** | **Financial Filings** | | | **2,329.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/23/2026 | TJF | B410 | Attend in person meeting with N. Rubin to discuss: (i) Case Strategy 1.1; (ii) DIP Financing Issues 1.5; (iii) Preparations for First Day Hearing 1.2; (iv) Secured Lender Issues.5; and (v) Potential Sale Options.8 | 5.60 | 1,095.00 | 6,132.00 |
| 06/25/2026 | TJF | B410 | Prepare memorandum for FA and Potential CRO regarding open issues and next steps | 2.10 | 1,095.00 | 2,299.50 |
| 07/03/2026 | TJF | B410 | Numerous calls (x5) with client regarding open issues and DIP Financing | 1.40 | 1,095.00 | 1,533.00 |
| 07/06/2026 | TJF | B410 | Teleconference with Joe Sciamanna (re: operational issues) | 0.20 | 1,095.00 | 219.00 |
| | **Sub-total:** | **B410** | **General Bankruptcy Advice/Opinions** | | | **10,183.50** |

Sub-total Fees: $177,324.00

**Expenses**

| | | |
|---|---|---|
| 06/18/2026 | Chase Card Services:6/18/2026-Pro Hac Motion | 50.00 |
| 06/25/2026 | Parcels, Inc.: FedEx returns; Inv. #1212121 | 100.00 |
| 06/25/2026 | Francella, Thomas J. 06/25/2026 - GVO Postpetition- Hotel charge - prep for first day hearing | 245.00 |
| 06/26/2026 | Parcels, Inc.: FedEx returns; Inv. #1212463 | 50.00 |
| 06/26/2026 | Francella, Thomas J. 06/26/2026 – GVO Postpetition- travel expense re prep for first day hearing - Uber ride to airport | 119.90 |
| 06/26/2026 | Francella, Thomas J. 06/26/2026 – GVO Postpetition- travel expense related to first day hearing prep | 295.57 |
| 06/29/2026 | FedEx: 20260624, Delivered Bank of America, N.A. - 100 North Tryon Street/Attn: General Counsel; Invoice # 935759809 | 32.38 |
| 06/29/2026 | FedEx: 20260624, Delivered Bank of America, N.A - 475 Crosspoint Parkway/Attn: Bankruptcy Department; Invoice # 935759809 | 24.73 |
| 07/01/2026 | File & ServeXpress: Filing & Service Charges; Inv#202606698176401 | 25.40 |
| 07/01/2026 | Parcels, Inc.: Format label for printing & send via first class mail; Inv. #1212561 | 1,414.99 |
| 07/02/2026 | Parcels, Inc.: FedEx returns; Inv. #1213413 | 50.00 |
| 07/06/2026 | FedEx: 20260625, Delivered CareCredit - 400 WHITE CLAY CTR DR/Synchrony Bank; Invoice # 936766783 | 52.40 |
| 07/06/2026 | FedEx: 20260625, Delivered CareCredit - 170 West Election Road/Synchrony Bank; Invoice # 936766783 | 35.31 |
| 07/14/2026 | Chase Card Services:7/14/2026-Filing | 15.00 |
| 07/16/2026 | Parcels, Inc. | 239.60 |
| 07/17/2026 | Parcels, Inc.: Bankruptcy service of 2 documents on 37 parties via FedEx; Inv. #1215460 | 50.00 |
| 07/17/2026 | Parcels, Inc.: Bankruptcy Service Copies, Fed Ex Letter, USPS Postage; Inv. #1215437 | 1,666.58 |
| 07/17/2026 | Parcels, Inc.: Format labels for printing and text file for email service, Serve via first class mail and email; Inv. #1215303 | 600.20 |

| | | |
|---|---|---|
| 07/21/2026 | Parcels, Inc.: Bankruptcy service of 2 documents on 37 parties via FedEx; Inv# 1219008 | 50.00 |
| 07/21/2026 | Chase Card Services:7/21/2026-Conversion/Filing Fee | 90.00 |
| 07/21/2026 | Platinum Filings, LLC: Search (DE,NC)_GVO Partners LLC; Inv# 2026-134048 | 1,332.66 |
| | Sub-total Expenses: | $6,539.72 |
| | Total Current Billing: | **$183,863.72** |
| | **Total Now Due:** | **$183,863.72** |

**Rate Summary**

| | | | |
|---|---|---|---|
| Kristie Callahan | 12.10 | hours at $425.00/hr | $5,142.50 |
| Mark W Eckard | 53.40 | hours at $840.00/hr | $44,856.00 |
| David Forsh | 33.70 | hours at $950.00/hr | $32,015.00 |
| Thomas J. Francella | 56.70 | hours at $1,095.00/hr | $62,086.50 |
| Scott M. Hare | 10.00 | hours at $1,100.00/hr | $11,000.00 |
| Sandi Shidner | 46.30 | hours at $480.00/hr | $22,224.00 |
| Total hours: | 212.20 | | $177,324.00 |