**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 25, 2026, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner listed below.

*/s/ Karen C. Bifferato*______________
Karen C. Bifferato (DE 3279)

**VIA ELECTRONIC MAIL**

Evan T. Miller, Esq.
Turner N. Falk, Esq.
Mariam Khoudari, Esq.
SAUL EWING LLP
evan.miller@saul.com
turner.falk@saul.com
mariam.khoudari@saul.com