# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
GVO Partners LLC

**Case No.:**26−10976−KBO

**Chapter:**7

**ADMINISTRATIVE CLAIM NOTICE**

Your administrative expense claim has been received, and has been added to the docket and the claims register in this bankruptcy case. Your claim will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim will be scheduled for a hearing.

BY THE COURT

Date: 8/31/26

Stephen L Grant, Clerk of Court

(VAN−439)

United States Bankruptcy Court
District of Delaware

In re: GVO Partners LLC, Debtor — Case No. 26-10976-KBO, Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0311-1 | User: admin | Page 1 of 2
Date Rcvd: Aug 31, 2026 | Form ID: van439 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 21217853 | + | Chatta Corners Acquisition, LLC, Attn: Franco Barbagallo, 2937 SW 27th Avenue, Suite 202, Miami, FL 33133-3772 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Evan T. Miller | on behalf of Trustee George L. Miller evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| George L. Miller | gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com |
| Joseph James McMahon, Jr. | on behalf of U.S. Trustee U.S. Trustee joseph.mcmahon@usdoj.gov |
| Karen C. Bifferato | on behalf of Creditor Chatta Corners Acquisition LLC kbifferato@connollygallagher.com |
| LESLIE B. SPOLTORE | on behalf of Creditor Firstrust Bank leslie.spoltore@obermayer.com helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com |
| Mariam Khoudari | |

on behalf of Trustee George L. Miller mariam.khoudari@saul.com

Mark W. Eckard
on behalf of Debtor GVO Partners LLC Mark.Eckard@wbd-us.com julie.lawrence@wbd-us.com;michelle.dero@wbd-us.com

Michael D Vagnoni
on behalf of Creditor Firstrust Bank michael.vagnoni@obermayer.com
coleen.schmidt@obermayer.com,helen.belair@obermayer.com,lucille.acello@obermayer.com

Michael Joseph Joyce
on behalf of Creditor Joseph Sciamanna mjoyce@mjlawoffices.com

Thomas Joseph Francella, Jr.
on behalf of Debtor GVO Still Waters LLC TFrancella@raineslaw.com,
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Debtor GVO Sweetgrass LLC TFrancella@raineslaw.com,
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Debtor Urban Medspa & Weight Loss Center Charlotte P.C. TFrancella@raineslaw.com,
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Debtor GVO Partners LLC TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Debtor GVO Holdings Group LLC TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Debtor GVO Topco LLC TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.
on behalf of Debtor GVO Urban LLC TFrancella@raineslaw.com,
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Turner Falk
on behalf of Trustee George L. Miller turner.falk@saul.com tnfalk@recap.email

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 18