**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GVO PARTNERS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 26-10976 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.: 48** |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED ORDER EXTENDING CHALLENGE PERIOD**

The undersigned counsel for George L. Miller, the duly appointed chapter 7 trustee (the "**Chapter 7 Trustee**") for the estates of the above-captioned debtors (the "**Debtors**"), hereby certifies and states as follows:

1. On June 16, 2026 (the "**Petition Date**"), each of the Debtors filed voluntary petitions in the Bankruptcy Court for relief under Chapter 11 of the Bankruptcy Code.

2. On July 1, 2026, this Court entered the *Interim Order (A) Authorizing the Debtors' Use of Cash Collateral; (B) Granting Adequate Protection to the Prepetition Secured Parties; (C) Scheduling a Further Hearing; and (D) Granting Related Relief* [D.I. 48] (the "**Interim Cash Collateral Order**").[2]

3. Pursuant to the Interim Cash Collateral Order, all parties in interest (including the Debtors) have until September 14, 2026 (the "**Challenge Period Deadline**") to (i) challenge or object to the Secured Debt or the Secured Creditor's Liens securing such debt, or (ii) bring or pursue any claims, objections, challenges, causes of action, or choses in action against Firstrust

1 The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

2 Capitalized terms not defined herein have the meanings given to them in the Interim Cash Collateral Order.

arising from or relating to the Loan Documents or Firstrust's prepetition conduct. *See* Interim Cash Collateral Order, ¶7.

4. To the extent the Challenge Period Deadline remains binding on the Chapter 7 Trustee, the Chapter 7 Trustee and Firstrust have agreed to extend the Challenge Period Deadline by sixty (60) days, through and including November 13, 2026.

5. The Chapter 7 Trustee and Firstrust hereby request that the Court to enter the proposed order attached hereto as **Exhibit A** extending the Challenge Period to November 13, 2026.

WHEREFORE, the Chapter 7 Trustee respectfully requests that the Proposed Order, attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: September 11, 2026
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
Facsimile: (302) 421-6813
Email: evan.miller@saul.com

and

Turner N. Falk (*pro hac vice* forthcoming)
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-8415
turner.falk@saul.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Estates of GVO Partners LLC, et al.*