# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GVO PARTNERS LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 26-10976 (KBO)<br>(Jointly Administered)<br><br>**Related to D.I.:** _______ |

**ORDER EXTENDING CHALLENGE PERIOD**

The Court having considered the *Certification of Counsel Regarding Proposed Order Extending Challenge Period* (the "**Certification**")[1] it is HEREBY ORDERED THAT:

1. The Challenge Period Deadline is extended through and including November 13, 2026.

2. Nothing in this Order is intended to, nor shall be deemed to, be a waiver of any rights, claims, or defenses of the Chapter 7 Trustee, Firstrust, or any other party in interest arising out of or related to the Challenge Period.

3. This Court retains jurisdiction to hear and determine all matters related to the implementation of this Order.

1 Capitalized terms not defined herein have the meanings given to them in the Certification.