**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GVO PARTNERS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 26-10976 (KBO)<br>(Jointly Administered)<br><br>**Obj. Deadline: 9/25/2026 at 4:00 p.m. (ET)**<br>**Hearing Date: 10/23/2026 at 10:00 a.m. (ET)** |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee (the "**Trustee**") of the estates (the "**Estates**") of the above-captioned debtors (the "**Debtors**") has filed the *Motion of George L. Miller, Chapter 7 Trustee, for the Entry of an Order Authorizing Use of Cash* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, for approval of the Motion must be made in writing and filed on or before **September 25, 2026 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon undersigned counsel for the Trustee so as to be actually received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **October 23, 2026 at 10:00 a.m. (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

[*Remainder of page intentionally left blank*]

1 The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330); GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

Dated: September 11, 2026
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
Email: evan.miller@saul.com

and

Turner N. Falk (admitted *pro hac vice*)
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-8415
Email: turner.falk@saul.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Estate of GVO Partners LLC, et al.*