**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GVO PARTNERS LLC, *et al.*,[1] | ) | Case No. 26-10976-KBO |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: D.I. 123** |

**CERTIFICATION OF COUNSEL REGARDING FIRST AND FINAL APPLICATION OF FORCE TEN ADVISORS, LLC AS FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FROM JUNE 16, 2026 THROUGH AND INCLUDING JULY 21, 2026**

The undersigned hereby certifies as follows:

1. On August 24, 2026, Force Ten Advisors, LLC ("**Force 10**") retained in the above-captioned cases filed their first and final fee application requesting approval of their final compensation and reimbursement of the accrued expense amounts [D.I. 123] (the "**Final Application**").

2. Responses or objections to the Final Application were to be filed and served on or before September 14, 2026. The hearing to consider final approval of the Final Applications will be scheduled for a date to be determined.

3. A review of the Court's docket in these cases shows that no objections or other responses were filed. However, the Debtors received an informal request from the UST to reduce

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

certain fees as included in the Final Application. Force 10 has agreed to reduce the requested fees by $373.50 for a total reduction of $373.50.

4. No objections or other responses to the approval of the Final Application have been filed or received by the applicant.

5. Attached as **Exhibit A** is a revised proposed order granting the Final Application, which incorporates all changes requested by the UST (the "**Revised Order**").

6. Attached as **Exhibit B** is a redline comparison of the Revised Order against the original proposed order filed with the Application.

WHEREFORE, the Debtors respectfully request that the Revised Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

**RAINES FELDMAN LITTRELL LLP**

Dated: September 15, 2026

*/s/ Thomas J. Francella, Jr.*

Thomas J. Francella, Jr. (No. 3835)
824 North Market Street, Suite 805
Wilmington, DE 19801
(302) 772-5803
tfrancella@raineslaw.com

*Former Counsel to the Debtors and Debtors in Possession*