# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GVO PARTNERS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 26-10976 (KBO)<br><br>**RE: D.I. 124** |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF RAINES FELDMAN LITTRELL LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 16, 2026, THROUGH AND INCLUDING JULY 21, 2026**

Upon consideration of the *First and Final Application of Raines Feldman Littrell LLP as Counsel for the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From June 16, 2026, through and Including July 21, 2026* (the "**Application**")[2] filed by Raines Feldman Littrell LLP ("**RFL**"), counsel to the Debtors and Debtors-in-Possession; and due and proper notice of the Application having been provided required under the Bankruptcy Code and Bankruptcy Rules; and no objections or responses to the Application having been filed; and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED

1. The Application is granted as set forth herein.

2. RFL is awarded on a final basis, compensation in the aggregate amount of $~~177,324.00~~176,776.50 in fees and $~~6,539.72~~5,879.25 for reimbursement of expenses incurred during the Final Fee Period.

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

[2] Capitalized terms used in this Order but not otherwise defined shall have the meanings ascribed to them in the Application.

3. RFL is authorized to apply the Retainer funds they hold, if any, toward payment of their allowed fees and expenses.

4. The Debtors' estates are hereby authorized and directed to pay the amount above to RFL, to the extent not already paid.

| | |
|---|---|
| **Summary report:** **Litera Compare for Word 11.11.0.158 Document comparison done on 9/10/2026 12:59:10 PM** | |
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://raineslaw.cloudimanage.com/worksite/12101673/1 - RFL First and Final Fee Application pfo.docx | |
| **Modified DMS:** iw://raineslaw.cloudimanage.com/worksite/12101673/2 - RFL First and Final Fee Application pfo.docx | |
| **Changes:** | |
| Add | 6 |
| ~~Delete~~ | 3 |
| ~~Move From~~ | 0 |
| Move To | 0 |
| Table Insert | 0 |
| ~~Table Delete~~ | 0 |
| Table moves to | 0 |
| ~~Table moves from~~ | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 9 |