**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GVO PARTNERS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 26-10976 (KBO)<br>(Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 18, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**THIS HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTERS:**

1. Application of Chapter 7 Trustee George L. Miller to Employ and Retain Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of July 22, 2026 [D.I. 84, Filed: July 31, 2026]

   Objection Deadline: August 14, 2026 at 4:00 p.m. (ET)

   Responses Received: N/A

   Related Pleadings:

   a. Order Authorizing Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of July 22, 2026 [D.I. 114, Entered August 18, 2026]

   Status: The order was entered August 18, 2026. Accordingly, no hearing is necessary.

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

2. Application of George L. Miller, Chapter 7 Trustee, for Authority to Employ and Retain Saul Ewing LLP as Counsel to Chapter 7 Trustee, Nunc Pro Tunc to July 23, 2026 [D.I. 85, Filed: July 31, 2026]

   Objection Deadline: August 14, 2026 at 4:00 p.m. (ET)

   Responses Received: N/A

   Related Pleadings:

   a. Order Granting Application of George L. Miller, Chapter 7 Trustee, for Authority to Employ and Retain Saul Ewing LLP as Counsel to Chapter 7 Trustee, Nunc Pro Tunc to July 23, 2026 [D.I. 113, Entered August 18, 2026]

   Status: The order was entered August 18, 2026. Accordingly, no hearing is necessary.

3. Application of George L. Miller, Chapter 7 Trustee, for Authority Pursuant to 11 U.S.C. §§ 327(a) & 328 for Authority to Employ and Retain Coren & Ress, P.C. as Special Counsel to Chapter 7 Trustee, Effective as of August 3, 2026 [D.I. 92, Filed: August 5, 2026]

   Objection Deadline: August 19, 2026 at 4:00 p.m. (ET)

   Responses Received: N/A

   Related Pleadings:

   a. Order Granting Application of George L. Miller, Chapter 7 Trustee, for Authority to Employ and Retain Coren & Ress, P.C. as Special Counsel to Chapter 7 Trustee, Effective as of July 29, 2026 [D.I. 122, Entered August 21, 2026]

   Status: The order was entered August 21, 2026. Accordingly, no hearing is necessary.

Dated: September 16, 2026
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Estates of GVO Partners LLC, et al.*