**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GVO PARTNERS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 26-10976 (KBO)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on September 16, 2026, I caused a true and correct copy of the foregoing *Agenda for Hearing Scheduled for September 18, 2026, at 10:00 A.M.* to be electronically filed and served through the Court's CM/ECF system upon all registered participants, by email upon the service list attached hereto as **Exhibit A**; and by First Class United States Mail upon the service list attached hereto as **Exhibit B**:

Dated: September 16, 2026
Wilmington, DE

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
Facsimile: (302) 421-6813
Email: evan.miller@saul.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Estate of GVO Partners LLC, et al.*

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

# EXHIBIT A

## **Via Email**

Alex Ostrov alex@gvo-partners.com

Allergan USA, Inc. ora.copeland@abbvie.com

Armstrong Teasdale LLP jhipskind@atllp.com

Avid Legal PLLC billing@avid.law

Ballenthin, Funk & Johnson, LLP
ktuhy@bfjadvisors.com
Ballenthin, Funk & Johnson, LLP
nkatzung@bfjadvisors.com

CharlestonRadio Group
POMalley@charlestonmediasolutions.com

Edmond M. George, Esq
edmond.george@obermayer.com

Greaton Films zachary@greatonfilms.com

Instafunders info@ivyreceivables.com

James Zhao james@gvo-partners.com

John Gilmore john@gvo-partners.com

Joseph Sciamanna joe@gvo-partners.com

Leslie B. Spoltore, Esq.
leslie.spoltore@obermayer.com

McKessonSpecialty Care Distribution, LLC
bknotice@mckesson.com;

Mentor Worldwide LLC
RA-MNTUS-AR-Clctions@its.jnj.com

Michael D. Vagnoni, Esq.
michael.vagnoni@obermayer.com

Michael J. Joyce, Esq.
mjoyce@mjlawoffices.com

Parker Poe accountingReceivables@parkerpoe.com

Quarles & Brady LLP keith.bruett@quarles.com

Retro Advance LLC
retroadvance-merchantsupport@curepayment.com

Smith Reed - Michael Galibois
mgalibois@reedsmith.com

EEdelman@atllp.com;

David S. Forsh dforsh@raineslaw.com;

Thomas Joseph Francella, Jr.
TFrancella@raineslaw.com;

Craig Blum, P.C.
c/o Eric Poole , Managing Partner
Burrill Poole
1000 Eagle Point Corporate Drive, Suite 3
Birmingham, AL 35242
epoole@burrillpoole.com

North Mill Equipment Finance LLC
c/o Ellen Miller
601 Merritt 7- Suite 5
Norwalk, CT 06851-1097
emiller@northmillef.com

MMP Capital
Jake Acquilino
Jacquilino@mmpcapital.com

Dext Capital
contracts@dextcapital.com

Eonic Aesthetics LLC
DavidDalton@EonicAesthetics.com

Lisa Thomas, Esq.
lisa.thomas@huschblackwell.com

Urban Medspa & Weight Loss Center Charlotte, P.C.
Attention: Jawad Salim, M.D.
dr.salim@urbanmedspacharlotte.com

Bishop, Dulaney, Joyner & Abner, P.A.
Attn Matt Joyner
mjoyner@bdjalaw.com

Counsel for Aanestad Properties, LLC:
John.Dollarhide@butlersnow.com;
Samuel.Patterson@butlersnow.com;
Bill.OBryan@butlersnow.com
Nik.Jarvi@butlersnow.com

Counsel for 404 Coleman LLC:
rbruckmann@shumaker.com

Counsel for Chatta Corners Acquisition LLC:
kbifferato@connollygallagher.com

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
Attn: Avi Schild
bk@atlasacq.com

**EXHIBIT B**

**Via Regular Mail**

Mentor Worldwide LLC
15600 Collections Center Dr.
Chicago, IL 60693

Charleston Radio Group
PO Box 60819
North Charleston, SC 29419

John Kuzmishin
1 Walnut St
Philadelphia, PA 19103

Quarles & Brady LLP
200 Meeting St
Charleston, SC 29401

Retro Advance LLC
4000 Hollywood Blvd. Suite 164-n
Hollywood, Fl 33021

Dennis Schimpf, MD
953 Cliffwood Dr.
Mount Pleasant, SC 29464

Jawad Salim
11332 Savannah Grove Dr
Huntersville NC 28078

Leech Tishman
525 William Penn Place 28th fl
Pittsburgh PA 15219

Mirick O'Connell
100 Front St
Worchester MA 01608

Brooks Signs
Jonathan Alcon
107 Brigade St
Charleston, SC 29403

Coastal Biomed
PO Box 31914
Charleston, SC 29417

ConMed Corporation Billing / Finance
11311 Concept Blvd
Largo, FL 33773

Cosmofrance, Inc.
2121 SW 3rd Ave Ste 500
Miami, FL 33129

DEXT Capital
5500 Meadows Rd Ste 300
Lake Oswego, OR 97035

Greaton Films
2900 Maple Way
Douglasville, GA 30134

International Bond & Marine
Brokerage, Ltd.
44 Whippany Rd. Ste 109
Morristown, NJ 07960

Crown Healthcare Laundry Services LLC
25 w. Cedar St., Suite 405
Pensacola, FL32502-5984

Engineered Cooling Services, LLC
2801 N. Davis Hwy Pensacola, FL 32503-
3529

Eonic Aesthetics Greaton Films
2900 Maple Way
Douglasville, GA 30134

Higgenbotham - Trust
PO Box 385
Fort Worth, TX 76101-0385

Lamar Advertising
P.O. Box 746966
Atlanta, GA 30374-696

Marlin Leasing
Corp/ PEAC/ Lease Service
P.O. Box 13604
Philadelphia, PA 19101-3604

Andrew R. Vara, U.S. Trustee
J. Caleb Boggs Federal Bldg.
844 King St., Ste 2207
Wilmington, DE 19801

NothingLess LawnCare
4682 Kimberly Dr.
Pensacola, FL 32526-2020

PTAC Ventures, LLC
2001 N. Palafox St., Suite 201
Pensacola, FL 32501

Sinclair Broadcast Group Inc.
PO Box 206270
Dallas, TX 75320

Stericycle
28883 Network Place
Chicago, IL 60673-1288

Techjr.com Inc.
PO Box 10515
Pensacola, FL 32524

Vowells Printing
1133 Barrancas Avenue
Pensacola, FL 32502

Yellow Pages
350 Northern Boulevard Suite 324-78
Albany, NY 12204

Finley HR Advisory, LLC
218 Brighton Park Blvd Ste 101
Summerville SC 29486

Office of the U.S. Trustee Region 3
J. Caleb Boggs Federal Bldg
844 King St Ste 2207
Wilmington, DE 19801

Oceans 5, LLC
c/o S.L. Shaw and Associates, Inc.
Attn: Phillip Manchester
145 River Landing Drive, Suite 204
Charleston, SC 29492

Aanestad Properties, LLC
Attn: Jeff Aanestad
44670 Hickory Shores Blvd.
Gulf Breeze, FL 32563

BradleyMay Properties, LLC
c/o NAI Pensacola
PO Drawer 12684
Pensacola, FL 32591

20 Fairchild Manager, LLC
Attn: Michael G. White
225 Seven Farms Road, Suite 401
Charleston, South Carolina 29492

Rachel Urso Properties, LLC
c/o Rachel Urso
404 Coleman Blvd.
Suite A
Mount Pleasant, SC 29464

HS Mallard Creek Center, LLC
Chatta Corners Acquisition, LLC, c/o B&L Management Group
Attn: Asset Manage Corp.
2937 SW 27 Avenue, Suite 202
Miami, FL 33133

1014 St. Andrews Office Building, LLC
1528 Trailee Drive
Charleston, SC 29407

HS Mallard Creek Center, LLC
c/o Stream Realty Partners
Attn: Daniel Farrar
101 South Tryon Street, Suite 2460
Charlotte, NC 28202

Firstrust
1 Walnut Street
Philadelphia, PA 19016

McDade's Cleaning Service
116 Rice Circle
Ladson, SC 29456

Medline Industries, Inc.
Box 382075
Pittsburgh, PA 15251-8075

Merz Aesthetics
6501 Six Forks Road
Raleigh , NC 27615

MicroAire Surgical Instruments
3590 Grand Forks Blvd
Charlottesville, VA 22911

ModMed
Billing / Support
4850 T-Rex Ave
Boca Raton, FL 33431

Newlane
123 South Broad Street, 17th Floor,
Philadelphia, PA 19109

Revance Therapeutics
1222 Demonbreun St 20th Floor
Nashville, TN 37203

Radio One, Inc. /
Urban One
PO Box 746625
Atlanta, GA 30374

Liposales
2003 Edwards Street
Houston, TX 77007-4407

Shred360
7001 St Andrew Rd #365
Columbia, SC 29212-1167

Banleaco
11017 Aurora Avenue,
Urbandale, IA 50322

DEXT CAPITAL, LLC
4000 Kruse Way Place, Building 3 Suite 100
Lake Oswego, OR 97035

Cynosure, LLC
5 Carlisle Rd.
Westford, MA 01886

Aerolase
120 White Plains Road
Tarrytown, NY 10591

Allergan
4410 Rosewood Drive
Pleasanton, CA 94588