**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GVO PARTNERS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 26-10976 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.: 129, 140** |

**NOTICE OF PUBLICATION OF THE MECKLENBURG TIMES OF NOTICE OF DEADLINE FOR DISPOSAL OF PATIENT RECORDS PURSUANT TO 11 U.S.C. §§ 351 AND 554 AND FED. R. BANK. P. 6011**

**PLEASE TAKE NOTICE** that on September 11, 2026, George L. Miller, Chapter 7 Trustee (the "**Trustee**") for the estates of the above-captioned debtors (the "**Debtors**" or "**Estates**") filed a motion [Docket No. 129] with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") for the Entry of an Order Authorizing Disposal of Patient Records Pursuant to 11 U.S.C. §§ 351 and 554, and Fed. R. Bank. P. 6011. (the "**Patient Records Motion**")

**PLEASE TAKE FURTHER NOTICE** that, on September 29, 2026, the Bankruptcy Court entered an order [Docket No. 140] approving the Patient Records Motion (the "**Order**"), which sets the key dates and times related to the disposal of patient records pursuant to 11 U.S.C. §§ 351 and 554 and Fed. R. Bank. P. 6011.

**PLEASE TAKE FURTHER NOTICE** that, the Order requires the Trustee to promptly publish a notice in a local newspaper in or near (i) Pensacola, Florida; and (ii) Charlotte, North Carlina that will state the deadline to retrieve Patient Records.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Patient Records Order, on October 20, 2026, The Mecklenburg Times published a notice (the "**Notice**"). The Notice, attached hereto as **Exhibit A**, incorporates all key information provided in the Order.

[*Remainder of page left intentionally blank*]

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: GVO Partners LLC (5862); GVO Holdings Group LLC (8330), GVO Topco LLC (5638); GVO Urban, LLC (8860); GVO Still Waters, LLC (5823); GVO Sweetgrass, LLC (7775); and Urban Medspa & Weight Loss Center Charlotte, P.C. (7185). The Debtors' mailing address is 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

Dated: November 4, 2026
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: evan.miller@saul.com

and

Turner N. Falk (*admitted pro hac vice*)
Mariam Khoudari (No. 7516)
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-8415
Email: turner.falk@saul.com
mariam.khoudari@saul.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Estates of GVO Partners LLC, et al.*