# Exhibit A

## Published Notice

Mecklenburg Times
130 North McDowell Street, Suite B
Charlotte, NC, 28204
Phone: 8008765297 Fax: 0

THE Mecklenburg Times

BRIDGE TOWER MEDIA
CONNECT + INFORM

# Affidavit of Publication

To: Saul Ewing LLP -
1735 Market Street, , Suite 3400
Philadelphia, PA, 19103

Re: Legal Notice 4203130, GVO Partners LLC

State of NC }
} SS:
County of Mecklenburg }

I, Sofia Villalta, being duly sworn, depose and say: that I am the Authorized Designee of Mecklenburg Times, a weekly newspaper of general circulation in County of Mecklenburg, State of NC; that a notice, of which the annexed is a printed copy, has been duly and regularly published in the Mecklenburg Times once each week for 1 consecutive weeks; and that the date of the publication were as follows: 10/20/2026.

Publishers fee: $56.52 By: ______________________
Sofia Villalta

Sworn to me on this 20th day of October 2026

By: ______________________
Scott Baughman
Notary Public, State of NC
No. 202225900251
Qualified in Rutherford County
My commission expires on
September 14, 2027

SCOTT BAUGHMAN
Notary Public, North Carolina
Rutherford County
My Commission Expires
September 14, 2027

## NOTICE

The bankruptcy trustee, George L. Miller (the "Trustee"), in the Chapter 7 bankruptcy cases of GVO Partners LLC, GVO Holdings Group LLC, GVO Topco LLC, GVO Sweetgrass, LLC, GVO Still Waters, LLC, GVO Urban, LLC, and Urban Medspa & Weight Loss Center Charlotte, P.C. (the "Debtors") is currently in possession of the Debtors' patient records (the "Patient Records"). The Trustee intends to destroy the Patient Records and has been given authority to do so by the United States Bankruptcy Court for the District of Delaware. The Trustee's contact information is as follows: George L. Miller, 1628 John F. Kennedy Blvd. 8 Penn Center, Suite 950, Philadelphia, PA 19103; (215) 561-0950; gmiller@millercoffeytate.com. If you are a former patient of the Debtors, you may retrieve your Patient Records from the Trustee upon written request to the address or email above. If you do not retrieve the Patient Records by October 11, 2027, then the Trustee will destroy the Patient Records and will have no obligation after that date to provide the Patient Records.
4203130 10/20