# <u>Exhibit A</u>

## Published Notice

USA TODAY CO.

LocaliQ

PO Box 631244 Cincinnati, OH 45263-1244

## AFFIDAVIT OF PUBLICATION

Sean Kenny
Sean Kenny
1201 Market St, Suite 1201
Wilmington DE 19801

STATE OF WISCONSIN, COUNTY OF BROWN

Before the undersigned authority personally appeared, who on oath says that he or she is the Legal Advertising Representative of the Pensacola News Journal, a newspaper published in Escambia County, Florida; with circulation in Escambia and Santa Rosa Counties; that the attached copy of advertisement, being a Legal Ad in the matter of Public Notices, was published on the publicly accessible website of Escambia County, Florida, or in a newspaper by print in the issues of, on:

PNJ Pensacola News_Journal 10/13/2026
PNJ pnj.com 10/13/2026

Affiant further says that the website or newspaper complies with all legal requirements for publication in chapter 50, Florida Statutes.
Subscribed and sworn to before me, by the legal clerk, who is personally known to me, on 10/13/2026

Legal Clerk

Notary, State of WI, County of Brown

9.19.29

My commission expires

| | |
|---|---|
| Publication Cost: | $93.08 |
| Tax Amount: | $0.00 |
| Payment Cost: | $93.08 |
| Order No: | 12702267 |
| Customer No: | 1625406 |
| PO #: | LSAR0613740 |

\# of Copies:
1

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

VICKY FELTY
Notary Public
State of Wisconsin

In re GVO Partners LLC, et. al. – Retrieval of Patient Records

The bankruptcy trustee, George L. Miller (the "Trustee"), in the Chapter 7 bankruptcy cases of GVO Partners LLC, GVO Holdings Group LLC, GVO Topco LLC, GVO Sweetgrass, LLC, GVO Still Waters, LLC, GVO Urban, LLC, and Urban Medspa & Weight Loss Center Charlotte, P.C. (the "Debtors") is currently in possession of the Debtors' patient records (the "Patient Records"). The Trustee intends to destroy the Patient Records and has been given authority to do so by the United States Bankruptcy Court for the District of Delaware. The Trustee's contact information is as follows: George L. Miller, 1628 John F. Kennedy Blvd, 8 Penn Center, Suite 950, Philadelphia, PA 19103; (215) 561-0950; gmiller@millercoffeytate.com. If you are a former patient of the Debtors, you may retrieve your Patient Records from the Trustee upon written request to the address or email above. If you do not retrieve the Patient Records by October 11, 2027, then the Trustee will destroy the Patient Records and will have no obligation after that date to provide the Patient Records.

October 13 2026

LSAR0613740