**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GVO PARTNERS LLC, *et al.*,[1] | ) | Case No. 26-10976-KBO |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: December 7, 2026 at 4:00 p.m.** |
| | ) | **Hearing Date: December 18, 2026 at 10:00 a.m.** |

**NOTICE OF MOTION OR RELIEF FROM STAY**

NewLane Finance Company (the "Movant") has filed a *Motion for Relief from Automatic Stay and Waiver of the 30-Day Hearing Requirement* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") which seeks the following relief: (i) modifying the automatic stay to enforce its remedies to repossess or otherwise obtain possession and dispose of the Equipment in accordance with the terms of the EFA referenced in the Motion; (ii) such relief from stay shall apply to the Movant's successors, transferees and assigns; (ii) that the 14-day stay of FRBP 4001(a)(4) be waived; (iv) that such relief from stay shall be binding and effective despite any conversion of this case to a case under any other chapter of the Bankruptcy Code; and (v) for such other and further relief as the Court deems just and proper

A HEARING ON THE MOTION WILL BE HELD on **December 18, 2026 at 10:00 a.m.** before the Honorable Karen B. Owens at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, DE 19801.

---

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) GVO Partners LLC, (5862); (2) GVO Holdings Group LLC, (8330), (3) GVO Topco LLC, (5638); (4) GVO Urban, LLC (8860); (5) GVO Still Waters, LLC, (5823); (6) GVO Sweetgrass, LLC, (7775); and (7) Urban Medspa & Weight Loss Center Charlotte, PC (7185). The Debtors' mailing address is: 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

You are required to file a response (and the supporting documentation required by Local Rule 4001-(c)) to the attached Motion on or before **December 7, 2026 at 4:00 p.m**.

At the same time, you must also serve a copy of the response upon Movant's attorneys:

William A. Hazeltine, Esq.
Sullivan Nimeroff Brown Hill LLC
919 North Market Street, Suite 420
Wilmington, DE 19801

Matthew J. Lee, Esq.
Wright Law Group, PLLC
1870 The Exchange SE, Suite 220
PMB 84356
Atlanta, GA 30339

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: November 16, 2026
Wilmington, DE

**SULLIVAN NIMEROFF BROWN HILL LLC**

*/s/ William A. Hazeltine*

William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@snbhlaw.com

and

Matthew J. Lee
Wright Law Group, PLLC
1870 The Exchange SE, Suite 220
PMB 84356
Atlanta, GA 30339
Phone: (855) 737-5384 (x109)
Direct: (404) 445-2893
Email: mjl@replevin.com

*Counsel for Movant, NewLane Finance Company*