**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GVO PARTNERS LLC, *et al.*,[1] | ) | Case No. 26-10976-KBO |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. ___** |

**ORDER GRANTING NEWLANE FINANCE COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF THE 30-DAY HEARING REQUIREMENT**

The Court, having considered *NewLane Finance Company's Motion for Relef from Automatic Stay and Waiver of the 30-Day Hearing Requirement* (the "Motion"), and any objections of responses thereto, the Court hereby finds as follows:

A. This Court has jurisdiction over this Chapter 11 Case and the Motion pursuant to 28 U.S.C. §§ 157(b) and 1334.

B. Consideration of the Motion constitutes a core proceeding as defined in 28 U.S.C. § 157(b)(2).

C. Venue for this Chapter 11 Case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

D. This Court may enter a final order consistent with Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C § 157(b)(2)(A).

E. The Debtor has no equity in the Equipment[2] because the value of the Equipment is

---

[1] The Debtors in these Cases, along with the last four (4) digits of their federal tax identification numbers, are: (1) GVO Partners LLC, (5862); (2) GVO Holdings Group LLC, (8330), (3) GVO Topco LLC, (5638); (4) GVO Urban, LLC (8860); (5) GVO Still Waters, LLC, (5823); (6) GVO Sweetgrass, LLC, (7775); and (7) Urban Medspa & Weight Loss Center Charlotte, PC (7185). The Debtors' mailing address is: 218 Brighton Park Blvd., Suite 101, Summerville, SC 29486.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

substantially less than the amounts the Debtor owes to NewLane under the terms of the EFA.

F. The Equipment is not necessary for an effective liquidation because the Debtor is liquidating.

G. The Trustee has not met his burden of establishing that NewLane's interest in the Equipment is adequately protected.

Based on the foregoing, it is hereby **ORDERED** as follow:

1. The automatic stay imposed by section 362(a) of the Bankruptcy Code is hereby lifted to the extent necessary to permit NewLane to exercise all of its rights and remedies under the EFA and applicable non-bankruptcy law.

2. This Court shall retain jurisdiction over any and all matters arising from the interpretation and implementation of this Order.