# EXHIBIT A

Finance Company ("We"; "Us"):

**Reliant Capital, LLC**

# EQUIPMENT FINANCE AGREEMENT

*For Financing Up To $150,000*

RELIANT CAPITAL
A BETTER WAY OF BUSINESS

| | |
|---|---|
| Legal Business Name (Including DBA) ("Customer"; "You"): GVO Sweetgrass, LLC DBA Sweetgrass Plastic Surgery & Spa — Work Phone: (843) 264-7973 — Cell Phone [redacted] — Email: [redacted] | Application #: [redacted]5300 |
| Billing Address (Including County): 218 Brighton Park Boulevard Suite 101 Summerville SC 29486 | **TERM & PAYMENT** |
| Equipment Address (Including County): 218 Brighton Park Boulevard Suite 101 Summerville SC 29486 | Term (Mos): 63 # of Payments: 63 |
| Vendor (Name/Address): Aerolase Corporation- 120 White Plains Rd. Tarrytown NY 10591 | Payment Frequency: Monthly |
| Equipment Information (Make/Model/Description) Continue on Schedule A: (1) LightPod Neo Elite and all attachments and accessories included | **PAYMENT AMOUNT** ***(plus tax)***: $ See Schedule B<br>Security Deposit: $ 0.00 Adv. Pmt: 1st/Last $ See Schedule B |

**AGREEMENT**: You (above Customer) want Us (the above Finance Company) to finance Your purchase of the above Equipment from Your Vendor (above) pursuant to the terms of this Equipment Finance Agreement. In consideration of Us paying Your Vendor (on Your behalf) the amounts Your Vendor invoiced You for the Equipment and other related costs, You agree to pay Us the above Payment Amount and all other amounts due under this Agreement for the entire Term of the Agreement. This Agreement begins on the date the Equipment is delivered to You (or any later date We designate) and is **NON-CANCELLABLE FOR THE ENTIRE AGREEMENT TERM. YOU UNDERSTAND THAT WE ARE ENTERING INTO THIS AGREEMENT BASED ON YOUR UNCONDITIONAL PROMISE TO PAY US UNDER THE TERMS OF THIS AGREEMENT, WITHOUT SET-OFFS FOR ANY REASON.** We have given You the opportunity to discuss and negotiate these terms with Us, and this is the final version of Our contract. You authorize Us to adjust the above Payment Amount to finance any taxes or fees due at inception of the Agreement or to reflect the final Equipment cost, if different from the amount upon which the Payment was based. This Agreement is not binding on Us until We sign it.

**TERMS & WAIVER OF WARRANTIES**: You alone selected the Vendor and Equipment. Because We are financing Your purchase of the Equipment at Your request and cannot get a refund, **THIS AGREEMENT CANNOT BE CANCELLED OR REVOKED BY YOU FOR ANY REASON AT ANY TIME. WE MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.** We did not select, inspect, or make the Equipment and We do not have any special knowledge regarding it nor do We have any agency relationship with Your Vendor. You may contact the Vendor or manufacturer for any warranties they may be providing. You agree to settle any Equipment disputes solely with the manufacturer or Vendor. You are responsible for installation and all service and repairs. **YOU PROMISE THAT THE EQUIPMENT WILL BE USED ONLY FOR BUSINESS AND NOT FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.** During the Term of this Agreement You will keep the Equipment in good working order, not modify or move it without Our consent, and comply with all laws, regulations and other rules relating to the use and operation of the Equipment (and bear full risk of any non-compliance). Your Payments may include amounts You owe to Vendor under separate maintenance, service or supply arrangements. We may invoice such amounts on Vendor's behalf. You agree that any claims related to maintenance, service or supplies will not impact Your obligation to pay Us the full amount due under this Agreement. Any security deposit will not bear interest, may be comingled with other funds, and may be applied to any amount owed to Us. You may request the return of any security deposit only after all obligations under the Agreement have been met in full. This Agreement cannot be prepaid except with Our prior written consent on terms acceptable to Us.

**OWNERSHIP**: You own the Equipment. We will not own the Equipment any time during the Term of this Agreement unless We take possession of it in connection with exercising default remedies.

**SECURITY INTEREST**: You grant Us a first priority, purchase money security interest in the Equipment and its proceeds to secure Your obligations under this Agreement. You authorize Us to execute and file at Your cost Uniform Commercial Code (UCC) financing statements to show Our interest in the Equipment. You will provide any landlord or mortgagee waivers We request, and You agree to take any other action We request to protect Our interest in the Equipment and Our rights under this Agreement.

**LATE PAYMENT & FEES**: Payments are due whether or not You receive an invoice. If a payment is not received and processed by Us within 7 days of its due date, You agree to pay Us a late charge equal to (i) the greater of 15% of the past due Payment or $25 or (ii) the highest lawful charge, whichever is less (which You agree is a reasonable estimate of the costs We incur relating to late payments and is not a penalty). You agree to pay Us an interim payment amount equal to 1/30th of the monthly (or 1/90th of the quarterly) Payment Amount for each day during the interim period from the Equipment delivery date to the first monthly billing date specified by Us. You agree to pay a documentation fee up to $149 to offset Our costs incurred to process, decision, and document this Agreement. You agree to pay a $25 fee if any check or ACH payment is returned. We may charge a convenience fee for any Payment not made by check or ACH. We may charge You a monthly insurance and an Equipment Protection Program administration fee up to $7 for services described below. **You understand and accept that We may make profit from the fees that We charge under this Agreement.**

**TAXES**: You understand that the Payment Amount and other charges under this Agreement may not cover all taxes. **You agree that You will pay when due, either directly or by paying to your Vendor, all sales, use, property and other taxes and fees**, or reimburse Us on demand for any such payments We may make on Your behalf, related to Your purchase of the Equipment. We may bill You based on Our estimate of the taxes and fees. If your Vendor invoices You for taxes, We may include the invoice taxes in the amounts We finance for you under this Agreement. **You understand and agree that payment of sales, use, or property taxes shall not be Our responsibility under any circumstances** and You agree to indemnify and hold Us harmless from all taxes, interest and penalties relating to this Agreement and the Equipment.

**SOFTWARE**: References to "Equipment" include any software noted above or installed on the Equipment. You hereby irrevocably transfer and assign to Us all of Your rights and interests (but not any of Your obligations) in, to and under the any software agreements, including all of Your rights to use and/or receive the software, and to suspend, cancel and/or terminate Your license or any software. We are not responsible for the software or the obligations under any license agreement.

**UCC**: **You hereby agree to waive any and all rights and remedies granted to You by the UCC, including the right to reject or revoke acceptance of the Equipment.**

**LOSS & INSURANCE**: **You must keep the Equipment insured against all risks of loss in an amount equal to the replacement cost and have Us listed on the policy as "loss payee."** You are responsible for all risks of loss or damage to the Equipment. If any loss occurs You are required to satisfy all Payments and other obligations under the Lease. **If You do not provide Us with proof of the required insurance within 30 days, You agree that We have the right, but no obligation, to enroll the equipment into an Equipment Protection Program ("Program") and You agree to pay us for all costs of such Program and a monthly administration fee. We (and our Affiliates) may make a profit on amounts charged associated with any Program.** Any proceeds from insurance or Programs will be paid to Us and applied to any amount owed by You.

**DISCLAIMER OF LIABILITY**: You understand that We have no control over any use of the Equipment and We cannot accept any financial, liability, or other risks relating to the use or ownership of the Equipment. We are not liable for any loss, damage (including lost profits or special, incidental or consequential damages) or injury to You, Your employees or any other person or property caused by the Equipment. You agree to hold Us harmless, indemnify, and defend Us against all claims, liabilities, losses, suits, proceedings, damages, costs (including legal fees) relating to this Agreement or to the use or ownership of the Equipment. You must maintain acceptable general liability insurance, naming us as "additional insured." This duty to indemnify shall survive the termination of this Agreement.

**ASSIGNMENT**: Since this Agreement is based on Your credit, You agree not to transfer, sell, assign, pledge or encumber the Equipment or any rights under this Agreement. You agree that We may sell, assign, or transfer the Agreement without prior notice to You and the assignee will have the same rights and benefits We have but none of Our obligations or liabilities.

**DEFAULT & REMEDIES**: If You do not pay any amount when due or fail to perform any obligation required under this Agreement or any other agreement with Us, then You will be in default. If You default, We reserve the right to: (a) terminate the Agreement without prior notice; (b) declare the Remaining Balance (defined below) immediately due and payable to Us; (c) directly debit (charge) Your bank account(s) for the Remaining Balance; (d) sue You for the Remaining Balance; (e) repossess or disable the Equipment at Your expense; and/or (f) pursue all remedies available under the UCC or any other law. **"Remaining Balance"** shall mean the sum of (i) all past due amounts owed under the Agreement, plus (ii) all future Payments owed for the entire unexpired Agreement Term, discounted at 4% per annum. You agree to pay all costs We incur to enforce the Agreement, including attorney's fees and collection costs. A waiver of a default will not be a waiver of any other default.

**LAW, JURISDICTION & VENUE**: **This Agreement shall be governed by the laws of the Commonwealth of Pennsylvania (where We have an office and accepted this Agreement). YOU AGREE AND CONSENT THAT ANY SUIT RELATING TO THIS AGREEMENT SHALL BE BROUGHT ONLY IN A STATE OR FEDERAL COURT IN PENNSYLVANIA, AND YOU IRREVOCABLY CONSENT AND SUBMIT TO THE JURISDICTION OF SUCH COURTS AND WAIVE TRANSFER OF VENUE. EACH PARTY WAIVES ANY RIGHT TO A JURY TRIAL.** If We assign this Agreement, then You consent to the laws and courts of the State where the assignee's headquarters is located and consent to personal jurisdiction of that State.

**MISC**: You represent that You have read and understand this Agreement in its entirety and it is legally binding and enforceable against You in accordance with all its terms. You agree that this Agreement is the entire agreement by You and Us. You authorize Us, without notice to You, to supply missing information or correct errors in the Agreement. **You agree that a digital, facsimile, or other copy containing a digital, faxed or copied signature shall be treated as an original and will be admissible as evidence of this Agreement.** You waive notice of receipt of a copy of this Agreement with Our original signature. You agree that any action by You against Us must be commenced within one year after the cause of action arises or be forever barred.

***THIS AGREEMENT IS NON-CANCELLABLE BY CUSTOMER.*** *READ IT CAREFULLY BEFORE SIGNING AND CONTACT US IF YOU HAVE ANY QUESTIONS*

| | |
|---|---|
| **Customer Authorized Signature:** Dennis Schimpf **Date:** 3/6/2025 | **Finance Co:** Reliant Capital, LLC **Date:** 3/6/2025 |
| **Print Name:** Dennis Schimpf **Title:** Member | **Finance Co. Signature:** Cody Thompson |

## United States Patriot Act (USPA)

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who enters into a finance agreement. You understand and agree that we may acquire, among other things: Your federal tax identification number, Your name, Your date of birth, Your address, and any other information as reasonably necessary. We may also ask to see identifying documents, such as a valid driver's license or passport.

**Individual Signature:** Dennis Schimpf **Print Name** *(No Title)*: Dennis Schimpf **EIN:** [redacted] **Date:** 3/6/2025

## DELIVERY & ACCEPTANCE

As an authorized signer for Customer, I certify to the Finance Company that all the Equipment under this Agreement (i) has been delivered and fully installed, (ii) has been thoroughly inspected, and (iii) is working properly. I further certify that Customer is satisfied with the Equipment and the Vendor in all respects. Accordingly, Customer has accepted the Equipment for all purposes under this Agreement and authorizes the Finance Company to pay the Vendor and commence this non-cancellable Agreement.

**Signature:** ______ **Name / Title:** Dennis Schimpf, Member **Date:** ______

RELIANT CAPITAL
A BETTER WAY OF BUSINESS

# Schedule B – Payment Schedule

FINANCE COMPANY: Reliant Capital, LLC

APPLICATION NUMBER: [redacted]5300

CUSTOMER ("You"): GVO Sweetgrass, LLC DBA Sweetgrass Plastic Surgery & Spa

VENDOR: Aerolase Corporation- 120 White Plains Rd. Tarrytown NY 10591

This Schedule B is attached to and part of the lease or financing agreement ("Agreement") by and between the above You and the above Finance Company, relating to the transaction incorporated by the above referenced Application Number. The following is the payment schedule to be paid by You:

| **Months** | **Payment Amount** (*plus applicable tax*) |
|---|---|
| 3 | $99.00 followed by; |
| 60 | 2,938.76 |

**You acknowledge and agree that a digital, facsimile, or other copy containing Your or the Finance Company's digital, faxed, or copied signature shall be treated as an original and will be admissible as evidence of this Schedule B. You waive notice of a copy of this Schedule B with the Finance Company's original signature. You hereby represent to the Finance Company that you have read and understand the terms of the Agreement and this Schedule B in its entirety and both are legally binding and enforceable against You in accordance with their terms.**

GVO Sweetgrass, LLC DBA Sweetgrass Plastic Surgery & Spa
Name of Customer

Dennis Schimpf, Member
Signatory's Name & Title

DocuSigned by: Dennis Schimpf
Authorized Signature of Customer

3/6/2025
Date

DocuSigned by: Cody Thompson
Accepted by Finance Company

3/6/2025
Date

RELIANT CAPITAL
A BETTER WAY OF BUSINESS

# Corporate Guaranty

| | |
|---|---|
| FINANCE COMPANY: | Reliant Capital, LLC |
| APPLICATION NUMBER: | [redacted]5300 |
| CUSTOMER: | GVO Sweetgrass, LLC DBA Sweetgrass Plastic Surgery & Spa |
| CORPORATE GUARANTOR: | Sweetgrass Plastic Surgery |
| CORPORATE GUARANTOR TIN: | 46-2892316 |
| EQUIPMENT DESCRIPTION: | (1) LightPod Neo Elite and all attachments and accessories included |

In consideration of and in order to induce the above Finance Company to execute a lease or finance Agreement ("Agreement") with Customer, the Corporate Guarantor ("Guarantor") hereby intends to be legally and unconditionally bound by this Corporate Guaranty ("Guaranty"). This Guaranty is incorporated into the Agreement by reference of the above Application Number. This Guaranty shall remain in full force and effect for the term of the Agreement between the Finance Company and Customer. Guarantor agrees this Guaranty cannot be revoked or cancelled for any reason, including but not limited to, Customer's bankruptcy, insolvency, or otherwise inability or unwillingness to pay under the terms of the Agreement. Guarantor agrees and acknowledges that he or she has read and understand the Agreement referenced herein by the above Application Number.

In consideration of the mutual covenants contained herein and for good and valuable consideration, the receipt and sufficiency are hereby acknowledged, Guarantor unconditionally guarantees, jointly and severally, the full and prompt payment for any and all payments and obligations owed by the Customer under the Agreement, including but not limited to, enforcement, collection, and attorneys' fees. Guarantor guarantees its obligations are unconditional and payments will be paid to the Finance Company without set-off or counterclaim.

Guarantor waives all rights to require the Finance Company to pursue any action against Customer and agrees that the Finance Company may unconditionally proceed against Guarantor and enforce this Guaranty without first notifying or proceeding against the Customer.

Guarantor acknowledges and agrees that a digital, facsimile, or other copy of this Guaranty containing Our or Guarantors digital, faxed, or copied signatures shall be treated as an original and will be admissible as evidence of this Guaranty. GUARANTORS AGREE AND CONSENT THAT ANY SUIT RELATING TO THIS LEASE SHALL BE BROUGHT ONLY IN A STATE OR FEDERAL COURT IN PENNSYLVANIA, AND IRREVOCABLY CONSENTS AND SUBMITS TO THE JURISDICTION OF SUCH COURTS AND WAIVE TRANSFER OF VENUE. EACH PARTY WAIVES ANY RIGHT TO A JURY TRIAL. If We assign the Agreement, then You consent to the laws and courts of the State where the assignee's headquarters is located and consent to personal jurisdiction of that State.

| | |
|---|---|
| Sweetgrass Plastic Surgery | Dennis Schimpf, Member |
| Name of Corporate Guarantor | Signatory's Name & Title |
| 102 WEST 8TH STREET, SUITE B | SUMMERVILLE, SC 29483 |
| Address | City, State, Zip |
| 843-367-2258 | dkschimpf@gmail.com |
| Phone Number | Email Address |
| DocuSigned by: Dennis Schimpf E59677DE45674DC | 3/6/2025 |
| Authorized Signature | Date |

RELIANT CAPITAL
A BETTER WAY OF BUSINESS

# PRE-DELIVERY CERTIFICATE

FINANCE COMPANY: Reliant Capital, LLC

APPLICATION NUMBER: [redacted]5300

CUSTOMER ("YOU"): GVO Sweetgrass, LLC DBA Sweetgrass Plastic Surgery & Spa

VENDOR NAME: Aerolase Corporation- 120 White Plains Rd. Tarrytown NY 10591

EQUIPMENT DESCRIPTION: (1) LightPod Neo Elite and all attachments and accessories included

This Pre-Delivery Certificate ("Certificate") is in connection with the lease or finance agreement referenced by the above Application Number ("Agreement"). Customer desires to commence the Agreement prior to the complete delivery and installation of the Equipment. As an accommodation to the Customer, the above Finance Company is willing to pay the Vendor for all the Equipment and commence the Agreement prior to the delivery and installation of the Equipment, provide Customer executes this Certificate. Because the Finance Company is paying the Vendor prior to delivery and installation of the Equipment entirely at the request of Customer, Customer understands and agrees that this Certificate and the Agreement are non-cancellable for the entire term. Accordingly, Customer unconditionally agrees as follows:

1. Customer hereby directs the Finance Company to pay Vendor for all Equipment not delivered or installed as of the date hereof.

2. Customer understands that if the later delivered or installed Equipment is not delivered on time, it is not delivered at all, is defective or not working properly, is not what Customer expected, or there is any other problem with such Equipment, Customer understands and agrees that he or she will be responsible to make all payment under the Agreement and comply with all other terms and conditions under the Agreement. You understand that the Agreement is not cancellable for any reason, including but not limited to, any of the reasons set forth above.

**You agree that a digital, facsimile, or other copy containing Your or Our digital, faxed or copied signature shall be treated as an original and will be admissible as evidence of this Certificate. You waive notice of receipt of a copy of this Certificate with Our original signature.**

GVO Sweetgrass, LLC DBA Sweetgrass Plastic Surgery & Spa
Name of Customer

Dennis Schimpf, Member
Signatory's Name & Title

DocuSigned by: Dennis Schimpf
E0877DF45574DC...
Authorized Signature

3/6/2025
Date

# Early Buyout Option

| | |
|---|---|
| APPLICATION NUMBER: | [redacted]5300 |
| CUSTOMER: | GVO Sweetgrass, LLC DBA Sweetgrass Plastic Surgery & Spa |
| EQUIPMENT: | (1) LightPod Neo Elite and all attachments and accessories included |

This Early Agreement Buyout Option ("Buyout Option") is in connection with the lease or finance agreement referenced by the above Application Number ("Agreement"). This Buyout Option supplements the Agreement only to the extent defined herein and the Agreement shall remain in full force and effect. At the above Customer's request, the Financing Company identified above hereby grants Customer the right, but not the obligation, to have an early buyout option with respect to the Agreement.

This Buyout Option allows Customer to pay off the Agreement in its entirety for an amount at least equal to (i) the remaining principal balance of the Agreement (also referred to as the net book value), plus all taxes, fees, and any other amounts due under the Agreement, and (iii) a percentage (as outlined below) of the principal balance, which is calculated by the Financing Company at the time of the requested buyout.

Customer must notify the Finance Company in writing of his intention to exercise this Buyout Option at least thirty (30) days prior to their requested payoff date and in accordance with these terms and conditions and all terms and conditions of the Agreement, otherwise the Agreement will automatically continue under the same terms and conditions for the Term and any renewal term as defined and set forth in the Agreement.

This Buyout Option shall be null and void if the Agreement is in default or any of the Customer's obligations have not been met. All amounts owed to the Financing Company as of this date must be paid before this Buyout Option may be exercised.

Payments Made:

| | |
|---|---|
| 0 – 12: | No prepayment until at least 12 payments have been made in full and on time |
| 13 – 24: | 5% of the principal balance |
| 25 – 36: | 4% of the principal balance |
| 37 – 48: | 3% of the principal balance |
| 49 – 60: | 2% of the principal balance |

Customer agrees to be subject to legal proceedings in the jurisdiction identified in the Agreement and agrees that this Buyout Option shall be governed by such jurisdiction and any suit relating to this Buyout Option shall be brought only in such jurisdiction. **Customer agrees that a digital, facsimile, or other copy containing any digital, faxed or copied signature shall be treated as an original and will be admissible as evidence of this Buyout Option**. You waive notice of receipt of a copy of this Buyout Option with the Finance Company's original signature.

IN WITNESS WHEREOF, the parties have executed this Buyout Option as of the date first set forth below.

| | |
|---|---|
| GVO Sweetgrass, LLC DBA Sweetgrass Plastic Surgery & Spa | Reliant Capital, LLC |
| Customer | Finance Company |
| Dennis Schimpf, Member | Cody Thompson, COO |
| Signatory's Name & Title | Signatory's Name & Title |
| DocuSigned by: Dennis Schimpf | DocuSigned by: Cody Thompson |
| Authorized Signature | Authorized Signature |
| 3/6/2025 | 3/6/2025 |
| Date | Date |

RELIANT CAPITAL
A BETTER WAY OF BUSINESS

# Personal Guaranty

FINANCE COMPANY: Reliant Capital, LLC

APPLICATION NUMBER: [redacted]5300

CUSTOMER: GVO Sweetgrass, LLC DBA Sweetgrass Plastic Surgery & Spa

PERSONAL GUARANTOR: Dennis Schimpf

EQUIPMENT DESCRIPTION: (1) LightPod Neo Elite and all attachments and accessories included

In consideration of and in order to induce the above Finance Company to execute a lease or finance Agreement ("Agreement") with Customer, the Personal Guarantor ("Guarantor") herby intends to be legally and unconditionally bound by this Personal Guaranty ("Guaranty"). This Guaranty shall remain in full force and effect for the term of the Agreement between the Finance Company and Customer. Guarantor hereby agrees this Guaranty cannot be revoked or cancelled for any reason, including but not limited to, Customer's bankruptcy, insolvency, or otherwise inability or unwillingness to pay under the terms of the Agreement. Guarantor agrees and acknowledges that he or she has read and understand the Agreement referenced herein by the above Application Number.

In exchange for the Finance Company's Agreement with Customer, Guarantor hereby personally and unconditionally Guaranties all amounts owed by the Customer under the Agreement. Guarantor agrees that the Finance Company may extend, transfer and amend the Agreement and Guarantor agrees to be bound by such changes. Guarantor waives all notices, including notices of demand and default. Guarantor agrees that the Finance Company may proceed against Guarantor separately from the Customer. Customer agrees that the Agreement and this Guaranty shall be governed by the laws of the Commonwealth of Pennsylvania and any suit relating to the Agreement or personal guaranty shall be brought only in a state or federal court in the Commonwealth of Pennsylvania and irrevocably consents and submits to the jurisdiction of such courts, and waives transfer of venue and trial by jury.

Guarantor waives all rights to require the Finance Company to pursue any action against Customer and agrees that the Finance Company may unconditionally proceed against Guarantor and enforce this Guaranty without first notifying or proceeding against the Customer. The Finance Company may modify the Agreement with Customer without notice to Guarantor and these modifications shall be binding on Guarantor. Any married person who signs this Guaranty hereby expressly agrees that recourse may be had against his or her separate property as well as his or her community property for all obligations under this Guaranty.

Guarantor has authorized the Finance Company and its affiliates to use his or her consumer credit reports in its credit evaluation and collection processes as well as to offer future products and services. Guarantor acknowledges that a digital, facsimile, or other copy of this Guaranty containing Our or Guarantor's digital, faxed, or copied signatures shall be treated as an original and will be admissible as evidence of this Guaranty.

| | |
|---|---|
| Dennis Schimpf | DocuSigned by: Dennis Schimpf E59877DF45574DC... 3/6/2025 |
| Name of Personal Guarantor | Signature & Date |
| [redacted] | [redacted] |
| Address | City, State, Zip |
| [redacted] | [redacted] |
| Phone Number | Email Address |

[redacted]

# FINANCING SALE & ASSIGNMENT SCHEDULE

Date of this Sale/Assignment: 3/7/25

Borrower: GVO Sweetgrass, LLC DBA Sweetgrass Plastic Surgery & Spa

Lender: Newlane Finance

Description of Financed Equipment (Attach separate schedule if necessary):

(1) LightPod Neo Elite and all attachments and accessories included

Finance Agreement signed by Borrower on: 3/6/25

FOR VALUE RECEIVED, the undersigned (the "Seller"), does hereby sell, assign and transfer to the Lender named above, its successors and assigns (the "Buyer"), the annexed equipment lease or loan agreement and all associated chattel paper between the Seller and the Borrower identified above, together with all of the Seller's rights, titles, security and other interests with respect to such lease or loan (including but not limited to the Seller's right, title and interest in and to the equipment described therein), and all of the Seller's rights and remedies thereunder, including the right to collect any and all lease or loan and other payments due and to become due thereunder, and all monies due or to become due in connection with the exercise by the Borrower of any option to purchase the leased equipment, and further including the right in the Buyer's or Seller's name to take all proceedings, legal, equitable or other, that the Seller might take were it not for this assignment.

THIS SCHEDULE IS SUBJECT TO THE TERMS AND CONDITIONS OF THE MASTER BROKER AGREEMENT (AS THE SAME MAY BE AMENDED FROM TIME TO TIME), BY AND BETWEEN THE BUYER AND THE SELLER, WHICH IS HEREBY INCORPORATED BY REFERENCE HEREIN.

The parties intend and agree that a carbon copy, photocopy, facsimile, digital or electronic copy of this document with their signature thereon shall be treated as an original, and shall be deemed to be as binding, valid, genuine, and authentic as an original-signature document for all purposes, including all matters of evidence and the "best evidence" rules.

WITNESS:

SELLER: Reliant Capital LLC

By: *Jason Bernal*

Jason Bernal, CEO 3/7/25
(Print name, title, date)