**CERTIFICATE OF SERVICE**

I, William A. Hazeltine do hereby certify that on the 16th day of November 2026, I caused on copy of the foregoing *Declaration in Support of NewLane Finance Company's Motion for Relief from the Automatic Stay* to be served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case, and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel to the Chapter 7 Trustee:*

Evan T. Miller, Esq.
Turner N. Falk, Esq.
Mariam Khoudari, Esq.
SAUL EWING LLP
evan.miller@saul.com
turner.falk@saul.com
mariam.khoudari@saul.com

*Counsel to the Debtors:*

Thomas Joseph Francella, Jr.
Raines Feldman Littrell LLP
TFrancella@raineslaw.com

*U.S. Trustee:*

Joseph James McMahon, Jr.
Office of the United States Trustee
joseph.mcmahon@usdoj.gov

November 16, 2026
Date

*/s/ William A. Hazeltine*
William A. Hazeltine